Exhibit C

**POLICY STATEMENT**
**Commonwealth of Pennsylvania • Department of Corrections**

| Policy Subject: | | Policy Number: |
|---|---|---|
| Religious Activities | | DC-ADM 819 |
| **Date of Issue:** | **Authority:** | **Effective Date:** |
| January 24, 2013 | Signature on File<br>John E. Wetzel | February 1, 2013 |

## I. AUTHORITY

The Authority of the Secretary of Corrections to direct the operation of the Department of Corrections is established by Sections 201, 206, 506, and 901-B of the Administrative Code of 1929, 71 P.S. §§61, 66, 186, and 310-1, Act of April 9, 1929, P.L. 177, No. 175, as amended.

## II. APPLICABILITY

This policy is applicable to all facilities operated under the jurisdiction of, or conducting business with the Department of Corrections.

## III. POLICY

It is the policy of the Department to accommodate inmates' religious beliefs consistent with the security needs and orderly administration of the facility by providing for the orderly management of religious opportunities for all inmates under the Department's jurisdiction.

## IV. PROCEDURES

All applicable procedures are contained in the procedures manual that accompanies this policy document.

## V. SUSPENSION DURING AN EMERGENCY

In an emergency or extended disruption of normal facility operation, the Secretary/designee may suspend any provision or section of this policy for a specific period.

## VI. RIGHTS UNDER THIS POLICY

This policy does not create rights in any person nor should it be interpreted or applied in such a manner as to abridge the rights of any individual. This policy should be interpreted to have sufficient flexibility to be consistent with law and to permit the accomplishment of the purpose(s) of the policies of the Department of Corrections.

## VII. RELEASE OF INFORMATION AND DISSEMINATION OF POLICY

### A. Release of Information

1. Policy

This policy document is public information and may be released upon request.

2. Confidential Procedures (if applicable)

Confidential procedures for this document, if any, are not public information and may not be released in its entirety or in part, without the approval of the Secretary of Corrections/designee. Confidential procedures may be released to any Department of Corrections employee on an as needed basis.

### B. Distribution of Policy

1. General Distribution

The Department of Corrections' policy and procedures shall be distributed to the members of the Central Office Executive Staff, all Facility Managers, and Community Corrections Regional Directors on a routine basis. Distribution of confidential procedures to other individuals and/or agencies is subject to the approval of the Secretary of Corrections/designee.

2. Distribution to Staff

It is the responsibility of those individuals receiving policies and procedures, as indicated in the "General Distribution" section above, to ensure that each employee expected or required to perform the necessary procedures/duties is issued a copy of the policy and procedures either in hard copy or via email, whichever is most appropriate.

## VIII. SUPERSEDED POLICY AND CROSS REFERENCE

### A. Superseded Policy

1. Department Policy

   a. DC-ADM 819, Religious Activities, issued June 10, 2002, by former Secretary Jeffrey A. Beard, Ph.D.;

   b. DC-ADM 819-1, Religious Activities, issued September 17, 2004, by former Secretary Jeffrey A. Beard, Ph.D.;

   c. DC-ADM 819-2, Religious Activities, issued July 18, 2005, by former Secretary Jeffrey A. Beard, Ph.D.; and

   d. DC-ADM 819-3, Religious Activities, issued February 24, 2006, by former Secretary Jeffrey A. Beard, Ph.D.

2. Facility Policy and Procedures

   This document supersedes all facility policy and procedures on this subject.

### B. Cross Reference(s)

1. Administrative Manuals

   a. DC-ADM 003, Release of Information;

   b. DC-ADM 610, Food Services;

   c. DC-ADM 801, Inmate Discipline;

   d. DC-ADM 803, Inmate Mail and Incoming Publications;

   e. DC-ADM 807, Inmate Grooming & Barber Cosmetology Program;

   f. DC-ADM 812, Inmate Visiting Privileges;

   g. 1.1.4, Centralized Clearances;

   h. 1.1.6, Volunteers and Interns in the Department;

   i. 3.1.1, Fiscal Administration;

   j. 5.1.1, Staff development & Training;

   k. 6.3.1, Facility Security;

   l. 6.5.1, Administration of SL5 Housing Units;

m. 6.5.8, Administration of Capital Cases;

n. 11.2.1, Reception and Classification; and 13.2.1, Access to Health Care.

2. ACA Standards

a. Administration of Correctional Agencies: None

b. Adult Correctional Institutions: 4-4512, 4-4513, 4-4514, 4-4515, 4-4516, 4-4517, 4-4519, 4-4520, 4-4521

c. Adult Community Residential Services: None

d. Correctional Training Academies: None

DEPARTMENT OF CORRECTIONS
COMMONWEALTH OF PENNSYLVANIA

# PROCEDURES MANUAL
## Commonwealth of Pennsylvania • Department of Corrections

| Policy Subject: | | Policy Number: |
|---|---|---|
| Religious Activities | | DC-ADM 819 |
| **Date of Issue:** | **Authority:** | **Effective Date:** |
| January 24, 2013 | Signature on File<br>John E. Wetzel | February 1, 2013 |

Release of Information:

**Policy Document:** This policy document is public information and may be released upon request.

**Procedures Manual:** The procedures manual for this policy may be released in its entirety or in part, with the prior approval of the Secretary/designee. Unless prior approval of the Secretary/designee has been obtained, this manual or parts thereof may be released to any Department employee on an as needed basis only.

## Section 1 – General Procedures

A. Inmate Participation .......... 1-1
B. Religious Services Area .......... 1-2
C. Religious Worship and/or Ritual Practices .......... 1-4
D. Inmates in Special Housing .......... 1-6
E. Food Services .......... 1-7
F. Records .......... 1-10
G. Financial Considerations .......... 1-11
H. Religious Advisors .......... 1-12

Inmate Request to Change Religious Preference Form .......... Attachment 1-A
Religious Advisor Application .......... Attachment 1-B
Orientation for Religious Advisors Serving in the Department .......... Attachment 1-C

## Section 2 – Responsibilities, Staffing, and Areas of Functioning (CONFIDENTIAL)

A. Responsibilities .......... 2-1
B. Qualification, Educational Leave and Meetings .......... 2-5
C. Areas of Functioning .......... 2-7

Inmate Orientation to the Religious Services Department .......... Attachment 2-A
Employee Orientation to the Religious Services Department .......... Attachment 2-B
Annual Assessment of Inmate Religious Needs & Religious Personnel Form .......... Attachment 2-C

## Section 3 – Religious Articles and Accoutrements

A. Individual Sacred objects .......... 3-1
B. Communal Sacred Objects .......... 3-10

Religious Articles Catalog .......... Attachment 3-A
Individual Sacred Objects Chart .......... Attachment 3-B
Communal Sacred Objects Chart .......... Attachment 3-C

## Section 4 – Religious Accommodations

A. General .......... 4-1
B. Grooming Concerns .......... 4-2
C. Non-Dietary Religious Accommodation Requests .......... 4-2
D. Religious Diet Request Process .......... 4-5
E. Religious Diet Approvals .......... 4-8
F. Religious Diet Denials .......... 4-10
G. Religious Diet Revocations .......... 4-10
H. Other Accommodations .......... 4-14
I. Accommodations Recordkeeping .......... 4-15
J. Bureau of Treatment Services Responsibilities .......... 4-16

Religious Accommodation Request Form .................... Attachment 4-A
Religious Diet Request Form .................... Attachment 4-B
Interview Guide – Religious Accommodation Requests .................... Attachment 4-C
Religious Accommodation Evaluation Form .................... Attachment 4-D
Interview Guide – Religious Diet Requests .................... Attachment 4-E
Religious Diet Options .................... Attachment 4-F
Religious Diet Rules .................... Attachment 4-G
Religious Diet Evaluation Form .................... Attachment 4-H
Religious Diet Tracking Tool .................... Attachment 4-I
Religious Diet Memo of Understanding .................... Attachment 4-J
Religious Diet Revocation Letter .................... Attachment 4-K
Religious Diet Accommodation Card .................... Attachment 4-L
Religious Diet Non-Compliance Warning .................... Attachment 4-M
Religious Diet Non-Compliance Evaluation .................... Attachment 4-N

## Section 1 – General Procedures

### A. Inmate Participation

1. Opportunities for religious activities are open to the entire inmate population, without regard to race, color, nationality, sexual orientation, or creed.[1]

2. An inmate may designate his/her religious preference upon intake and may request to change his/her religious preference once every six months by signing an **Inmate Request to Change Religious Preference Form (Attachment 1-A)** in the presence of his/her Facility Chaplaincy Program Director (FCPD). Noting a religious preference on this form is for self-identification purposes only and does not bind the Department to accommodate any religious belief or practice, other than respecting the inmate's right to believe as he/she chooses. The FCPD will forward the completed **Inmate Request to Change Religious Preference Form** to the Inmate Records Office. Inmate Records will note changes in religious preference in the mainframe within 30 calendar days of submission. Religious accommodations and participation by inmates in primary religious gatherings and activities may be limited to those inmates who are formally registered as identifying with that respective religion and who have demonstrated a sincerely held religious belief.

3. Religious services and programs shall be centralized for General Population status inmates. Participation or non-participation in religious programs is voluntary on the part of each inmate.

4. Custody Level 5 inmates will receive visitation from faith group chaplains at their cells as noted in **Subsection D. below.**

5. An inmate desiring to participate in a religious activity may request to attend a scheduled activity by submitting a **DC-135A, Inmate's Request to Staff Member**, to the FCPD.

6. Upon request, a General Population inmate is to be excused, without pay from work, up to once a week to attend one scheduled primary religious gathering. As institutionally feasible, and upon request, an approved General Population inmate is also to be excused, without pay from work, to participate in a special holy day service (e.g., Mass on a Catholic Day of Obligation, Evening Prayers during Ramadan, the Passover Seder, Hanukah candle lighting, Holy Thursday/Good Friday/Christmas Eve services, etc.). Only with the permission of an inmate's supervisor, may an inmate be excused from work, without pay, to attend other religious activities (e.g., instructional classes, studies, retreats, seminars, etc.).

7. Facilities with segregated housing units (e.g., Young Adult Offenders [YAO], Diagnostic Classification Centers [DCCs], initial Reception Units, Forensic Treatment Centers [FTCs], Outside Service Units, etc.) and/or other units with limited access to the Religious

[1] 4-4517, 4-4217

Services Area should make every attempt to accommodate inmates in segregated housing units with opportunities separate from the General Population to practice their faith communally.

8. Facilities may elect to summon inmates for scheduled religious activities via an "all call" and/or a "call-out" system. For those religious activities for which a call-out is used, failure on the part of a General Population inmate to attend at least half of the scheduled activities within a designated time period, as set by the facility, or the inmate missing a consecutive number of scheduled activities, will result in the inmate being automatically removed from the "call-out" for that faith group for a period of six months. After six months, the inmate may request to be added to the call-out for that particular religious activity.

9. While the Department does not ordinarily require an inmate to profess a religious belief, when the nature of the religious activity or practice (e.g., attending a holy day observance, participating in a sacred ritual/religious fast/ceremonial meal, ordering or possessing religious devotional articles and/or wearing religious headgear, etc.) pertains specifically to a particular belief, only those inmates who have designated their religious preferences and who are recommended for participation in said religious activity by the faith group leader will be included. Minimally, participation in special holy day observances, including ceremonial meals, will be limited to those inmates who have participated in at least half of the primary worship gatherings which have taken place six months prior to the observance (as applicable).

10. When considered necessary for the security and good order of the facility, the Facility Manager, in consultation with the FCPD, may restrict or limit attendance or suspend a religious activity.

11. If a state of emergency exists, the Facility Manager/designee will determine the appropriate level of religious activities to be offered.

## B. Religious Services Area

1. Each facility will provide a separate physical location for use as a Religious Services Area that shall be made available for religious activities.[2] This space will be faith-neutral when not in use. Faith group symbols will be displayed only when a respective faith group is using the Religious Services Area and will be stored at the conclusion of the religious activity. As approved, other areas in the facility may be used for religious gatherings, including the gym and classrooms. At the discretion of the Facility Manager/designee, secure outdoor areas within the perimeter of the facility may be authorized for use by nature-based faith communities (e.g., Native American, etc.).

2. Reasonable, accessible, secure and separate storage space for faith group communal sacred objects will be provided by the facility in the Religious Services Area and

[2] 4-4520

maintained by the FCPD/designee. The **Communal Sacred Objects Chart** (refer to **Section 3, Attachment 3-C**) summarizes the approved sacred objects for use in religious gatherings.

3. Communal sacred objects stored in the Religious Services Area are subject to search. To ensure sacred objects are respected, the searching of communal sacred objects used in religious gatherings shall be done in the presence of the FCPD/designee.

4. All religious activities will be under the supervision of the FCPD, a Facility Chaplain, a Religious Contract Service Provider, or an approved designated corrections employee. Security personnel will be present as determined by the Facility Manager/designee.

5. Religious Vendors, Public Visitors and approved volunteers may facilitate religious gatherings, provided they are supervised by a FCPD, a Facility Chaplain, a Religious Contract Service Provider, or an approved designated corrections employee. Security personnel will be present as determined by the Facility Manager/designee. At the discretion of the Facility Manager, the use of security cameras may be used to monitor religious activities.

6. All religious activities will be scheduled through the FCPD and approved by the Facility Manager/designee. As is feasible, primary religious gatherings and holy day observances will be scheduled at a time consistent with the religious practices and beliefs of each respective faith group. For holy day observances which take place at times that conflict with formal count times (e.g., ceremonies, fast-breaking, prayers, etc., that take place after sunset or at nightfall), facilities may elect to adjust their formal count time or to place inmates participating in the holy day observances on an out-count.

7. Religious Library

   With the approval of the Facility Manager/designee, facilities may provide a Religious Library to facilitate the lending of religious literature and audio/visual resources as permitted by policy. Religious music, instruction, and sacred language teaching tapes may be lent to inmates.

   a. The FCPD will ensure that all resources in the Religious Library have been screened and inventoried on a basis determined by the facility. Resources available for loan or for viewing only in the Religious Services Area must meet the content standards of **DC-ADM 803, "Inmate Mail and Incoming Publications."**

   b. The FCPD will maintain a record of borrowed resources.

   c. Facilities may opt to place all non-reference religious reading materials in the facility's general library for easy access to all inmates.

   d. The FCPD will ensure that Security Level 5 Housing Unit inmates have access to religious literature as outlined in **Subsection D. below.**

e. A publisher or religious charitable organization may donate religious tapes, videos, CD's, and DVD's to the Religious Services Department for review by the FCPD and Security and for inclusion in the Religious Library for general distribution to inmates as appropriate. Such donated publications may come from any source to the extent that the publications will enhance religious offerings without compromising security operations.

f. Donated religious literature in a language other than English will need to be reviewed first by a staff person who is fluent in that language and who is able to verify that the content of the literature meets all specifications in Department policy **DC-ADM 803**. If no staff member is fluent in the language of the donated religious literature, the FCPD may contact the Religion, Volunteer, and Recreational Services Program Administrator, BTS, for assistance.

g. Inmates may donate sacred texts and religious literature to the Religious Services Department for placement in the Religious Library, as the FCPD deems appropriate.

8. Display of Religious Literature

Religious literature, displayed in the Religious Services Area, will reflect the faith groups in the facility, will be labeled according to faith group and will be displayed in an equitable fashion.

9. If a state of emergency exists, the Facility Manager/designee will determine the appropriate level of religious activities to be offered.

## C. Religious Worship and/or Ritual Practices[3]

1. Sacred and Foreign Languages

a. Sacred texts and prepared liturgical/formal prayers may be recited in the sacred language required by the respective religion (e.g., Hebrew, Arabic, etc.).

b. Messages and teachings (e.g., sermons, homilies, khutbahs, meditations, etc.) must be delivered in the English language.

c. The Facility Manager, in consultation with the FCPD and the Religion, Volunteer and Recreational Services Program Administrator, BTS, may authorize the delivery of programs in other languages (e.g., Spanish) only when it is appropriate in order to accommodate the overall needs of the population. If no staff, contractor or volunteer knowledgeable of the language used in the gathering is available to supervise the religious activity, the facility may cancel the program.

---

[3] 4-4517

d. Facility Chaplains, Religious Contract Service Providers, Religious Vendors, Volunteers and Public Visitors may teach sacred languages (e.g., Hebrew, Arabic, etc.).

e. The use of digital learning devices is permitted in the Religious Services Area only. Inmates may not possess digital learning devices in their cells.

2. Communal Sacred Objects

Sacred objects permitted for communal religious activities are outlined in **Section 3, Religious Articles and Accoutrements**, of this manual.

3. Unauthorized Practices

The following religious practices and activities are not authorized in the Department:

a. animal sacrifice;

b. language or behaviors that could reasonably be construed as a threat to safety, security or the orderly running of the facility (e.g., curses, negative spells, etc.);

c. nudity;

d. self-mutilation;

e. use, display, or possession of weapons or what appears to be a weapon (e.g., paper sword, etc.);

f. paramilitary exercises;

g. self-defense training;

h. sexual acts;

i. profanity;

j. consumption of alcohol by inmates (unless where specified in policy);

k. ingestion of illegal substances;

l. proselytizing;

m. encryption; and/or

n. disparagement of other religions.

4. Baptisms

As baptism, whether by sprinkling, pouring or immersion, is an essential tenet for many different Christian groups, baptisms are permitted in the Department. However, in light of the risk of infectious, contagious, and communicable diseases, the below listed precautions will be followed by all facilities conducting baptism by immersion.

a. The baptistery/whirlpool/bathtub is to be cleaned with a disinfectant prior to and after each use.

b. A baptismal candidate who has a contagious disease, open cut or sore, or infection:

(1) will be referred to medical prior to a baptism ceremony;

(2) may not be permitted to experience baptism by immersion as long as his/her health condition poses a risk of contracting or transmitting infectious, contagious, or communicable diseases; he/she may be baptized by the pouring or sprinkling of water;

(3) will have his/her baptism by immersion deferred until that time when he/she is verified by medical as not presenting a risk of contracting or transmitting infectious, contagious, or communicable diseases.

c. Baptisteries must be filled no sooner than two hours prior to the baptism(s) or, if the baptistery is filled more than two hours prior to the baptism(s), it must be securely covered until the time the baptistery is utilized.

5. Review of Religious Practices

The Facility Manager/designee may periodically review religious practices to determine whether a religious practice remains within the scope of best correctional practice. If the Facility Manager/designee determines that a religious practice jeopardizes facility safety, security and/or the good order of the facility, the practice may be temporarily suspended. The Religion, Volunteer and Recreational Services Program Administrator, BTS, shall be notified of all suspensions of religious activities. The religious practice may resume only upon completion of a thorough evaluation of the practice by BTS, legal and the Executive Deputy Secretary, with respect to compelling governmental interests and least restrictive alternatives.

**D. Inmates in Special Housing**

1. A representative of the Religious Services Department will visit inmates housed in Security Level 5 Housing Units, the facility infirmary, mental health units, and other segregated housing units ***on a daily basis*** in accordance with Department policy **6.5.1, "Security Level 5 Housing Units."** As directed by the FCPD, Faith Group Chaplains shall visit inmates housed in Security Level 5 Housing Units, the facility infirmary, mental

health units, and other segregated housing units a minimum of once a week.[4] ***All Chaplains entering/exiting the unit shall sign in/out on the DC-702. Unit staff shall make entries in the logbook and daily report documenting the visit.***

2. Inmates in Security Level 5 Housing Units may possess sacred texts and religious literature as outlined on the **Individual Sacred Objects Chart** (refer to **Attachment 3-B**). Security Level 5 Housing Unit staff shall inspect all religious materials before they are given to inmates.

3. Where sacred texts and other religious literature are available in both soft and hard bound copies, soft bound copies will be provided to inmates in Security Level 5 Housing Units. In accordance with Department policy **6.5.1, "Administration of Security Level 5 Housing Units," Section 1**, hard bound sacred texts are permitted in Security Level 5 housing Units; however, the Institution Publication Review Committee (IPRC) may impose a "soft bound only restriction" with reasonable cause (e.g., found contraband, inappropriate use of hard bound book, etc.).

4. The FCPD shall develop local procedures to permit a Security Level 5 inmate access to books from the Religious Library based on the inmate's custody status and management phase/level.

5. The facility will ensure that the Religious Services Department is notified when an inmate is admitted to an outside hospital. As feasible, the FCPD/designee will visit inmates admitted to outside hospitals in accordance with Department policy **DC-ADM 812, "Inmate Visiting Privileges," Section 1.** When the hospital to which an inmate is admitted is closer to another state correctional facility, FCPDs may contact each other to coordinate visitation.

6. An inmate in a specialized housing unit may visit with his/her Religious Advisor in accordance with Department policy **6.5.1.**

## E. Food Services

Special foods may be provided as required for the celebration of major religious holy days consistent with established Department policy. Otherwise, food preparation shall conform to Department policy **DC-ADM 610, "Food Services."**

1. Ceremonial Meals

   a. The BTS will issue memos regarding all approved ceremonial meals, from which each facility is to prepare a Plan of Action, coordinated between the FCPD, the respective Facility Chaplain/Contract Chaplain, Security, Food Service Manager and Business Manager, as needed. Inmates participating in ceremonial meals are restricted to the

[4] 4-4273

rules and regulations governing these observances as outlined in policy and in BTS memos.

b. In order to attend a respective ceremonial meal, the inmate must be a member in good standing of the sponsoring faith community for a period of six months. For an inmate to be considered an inmate in good standing, he/she will have had to participate in at least half of the primary worship gatherings which have taken place six months prior to the ceremonial meal (as applicable). Additionally, inmate participants in ceremonial meals must be free of Class I misconducts (refer to Department policy **DC-ADM 801, "Inmate Discipline"**) for a period of six months. An inmate placed on non-contact visit status is not eligible to participate in ceremonial meals in accordance with Department policy **DC-ADM 812**.

c. Inmates who are members in good standing of a respective faith community must sign up for participation in ceremonial meals by the deadline established by the facility.

d. Ceremonial meals are limited to a maximum of three hours in duration. This limit incudes the time for processing inmates to and from the location of the ceremonial meal.

e. Menu items provided by the facility and optional menu items (if applicable), which are permitted to be purchased by the faith community, will be limited to those noted on the respective BTS holy day observance memos. All food items will be purchased and prepared by the facility. Only food items that can be reasonably prepared by facility staff are considered for approval. The Food Service Manager will supervise the service of the food to ensure that safe and sanitary practices are followed.

f. The ceremonial meal will replace either the normally scheduled lunch or dinner meal.

g. Costs for optional menu items are to be divided equally among the inmates participating in the ceremonial meal. Inmates may not order optional menu items individually.

h. An inmate, attending a ceremonial meal that involves optional menu items paid for by the inmate community, is required to submit a **DC-138A, Cash Slip** to his/her FCPD by the deadline established by the facility to ensure that necessary funds are available.

i. Monetary donations are permitted from outside individuals or organizations, as permitted by policy, to offset the cost to the inmate community for optional menu items. These monies will be used by the facility's Food Services to purchase approved menu items with the approval of the Facility Manager/designee. Financial donations may not be designated for specific inmates.

j. Food items for inmate consumption at ceremonial meals may not be donated by any outside individual, organization, vendor or community.

k. An inmate in Disciplinary or Administrative Custody, cannot attend a ceremonial meal, for which the inmate has already had funds deducted from his/her account or for which food has already been ordered, there will be no reimbursement of funds unless asked for by the inmate and approved by the Facility Manager/designee. Reimbursement will be made for inmates placed on medical lay-in, transfer, scheduled court appearance, or release.

l. Inmates are not permitted to pay for the cost of ceremonial meals for other inmates or to invite inmate or staff guests to the observances.

m. Participants in general population attending ceremonial meals may have second helpings of ceremonial meal items purchased with inmate funds after everyone has been served once and as long as food and time permits. All food items paid for by the inmates and not consumed by the inmate group must be discarded after each ceremonial meal.

n. Consistent with Department practices, other than one ration of fruit, no food items served at any ceremonial meal may be taken back to a housing unit.

o. Each facility will make every effort to accommodate the starting and ending times of the ceremonial meals, according to faith group practices and obligations. If the time a ceremonial meal should take place conflicts with a formal count, facilities may elect to adjust their formal count or to place participating inmates on an out-count.

2. Special Religious Diet Bags[5]

a. Food Services will prepare and distribute special religious diet bags for approved inmates for specific holy day observances (e.g., Kosher for Passover Diet Bags during Passover, Sahur bags during Ramadan, etc.).

b. Inmates who are members in good standing of a respective faith community must sign up to be accommodated with special religious diet bags for the duration of the respective holy day period by the deadline established by the facility.

c. An inmate approved to receive a special religious diet bag shall abide by respective rules as noted on the BTS holy day observance memo. Facilities may have inmates sign a Memo of Understanding which outlines the rules surrounding participation in and the expectations of behavior befitting inmates receiving special religious diet bags (e.g., Kosher for Passover Diet Bags, Fast Bags, Sahur Bags, etc.). The signed Memo of Understanding acknowledges that inmates have received and understand the rules governing the special religious diet bag program and that they understand that any violation of these rules may result in the individual no longer being accommodated with a special religious diet bag.

[5] 4-4319

d. Food Services is unable to accommodate inmates with documented allergies to certain foods or those who receive Therapeutic Diets with special religious diet bags for holy day observances. An inmate who is currently on a Therapeutic Diet for medical reasons, has a food allergy or is receiving a snack bag, and still wishes to receive a special religious diet bag for an approved holy day observance must sign a Release from Responsibility for Medical Treatment Form (refer to Department policy **13.2.1, "Access to Health Care," Section 1**) prior to being accommodated with a special religious diet bag.

e. The Department reserves the right to refuse to grant a special religious diet bag for an inmate whose health would be compromised by receiving a special religious diet bag.

3. Commissary

Commissary may elect to sell supplemental foods for certain holy day periods, as recommended and approved by the BTS and Pennsylvania Correctional Industries (PCI).

**F. Records**

Faith Group Leaders will provide the FCPD with accurate inmate attendance records for all primary religious gatherings as requested. Average yearly attendance at primary religious gatherings and other requested information will be noted by the FCPD on the **Annual Assessment of Inmate Religious Needs and Religious Personnel Form** (refer to **Attachment 2-C**) and submitted to the Religion, Volunteer and Recreational Services Program Administrator by January 15th of each year.

**G. Financial Considerations**

1. General Funds and Religious Materials

General Funds may be used for the purchase of sacred objects used in approved communal religious gatherings only. The kinds of sacred objects for which General Funds may be used are noted on the **Communal Sacred Objects Chart** (refer to **Attachment 3-C**).

2. Inmate General Welfare Fund (IGWF) and Religious Materials

a. IGWF may be used for the purchase of non-religious items used by inmates in religious activities. IGWF monies are typically used for the purchase of musical instruments, sound systems, seating, non-specific floor coverings, etc., as outlined in Department policy **3.1.1, "Fiscal Administration."**

b. The IGWF is not to be used for faith-specific items or for items for possession by individual inmates.

c. It is permissible for facilities to utilize IGWF monies to secure Religious Library reference books which are made available to the entire inmate population.

3. Donations

a. Donations from Outside Faith Groups and Community Citizens

(1) With the recommendation of the FCPD, and the approval of the Facility Manager/designee, outside faith groups and community citizens are permitted to contribute financial donations and may donate approved sacred objects.[6] All donations will be received in accordance with Department policy **3.1.1** and are subject to the approval of the Facility Manager.

(2) Financial Donations

(a) Outside Faith Groups, community citizens, volunteers, and Religious Contract Service Providers and Religious Vendors may donate financial resources to offset ceremonial meal costs and to secure other approved items for use in the Religious Services Area.

(b) Solicitation of funds and donations by Commonwealth employees is prohibited; however, Department staff may make the need for certain kinds of religious materials known in their communities (e.g., sacred texts, religious literature, communal sacred objects, etc.).

(3) Sacred Object Donations

(a) Outside Faith Groups, community citizens, volunteers, and Religious Contract Service Providers and Religious Vendors may donate approved sacred objects for either individual or communal use, provided these donations are approved by the Facility Manager/designee and do not jeopardize the security of the facility.

(b) Donated sacred objects must be similar in size and color to those articles approved in the **Religious Articles Catalog** (refer to **Attachment 3-A**).

(c) Donations may not be earmarked for individual inmates.

(d) The in-kind donation of menu items for ceremonial meals is not permitted.

b. Inmate Donations to Charitable Organizations

The FCPD, with approval of the Facility Manager/designee, may submit, as part of his/her Annual Plan, a proposal to collect voluntary cash slips from respective inmate

---

[6] 4-4521

faith groups for the purpose of making a group donation to a facility approved charitable organization(s). Coordination of such periodic donations will take place in consultation with the Business Office to ensure the most effective and least burdensome method of collecting donations.

c. Inmate In-House Donations

Inmates are not permitted to contribute funds for the purpose of securing sacred objects used by inmate communities or to pay for indigent inmates to attend ceremonial meals.

## H. Religious Advisors

1. As per Department policy **DC-ADM 812, Section 2**, every inmate, including those in Security Level 5 Housing Units, will be permitted to designate and meet with a Religious Advisor. Requests for designation of an individual Religious Advisor must originate with the inmate or, if initiated by a community religious leader, be accepted by the inmate before Religious Advisor visits commence.[7]

2. Facility Chaplains, Contract Service Providers, as well as immediate family members, relatives of inmates, including significant others and friends of inmates, are not permitted to serve as Religious Advisors.

3. Volunteers and Public Visitors shall not be approved as Religious Advisors in any facility in which they serve as a Volunteer or Public Visitor. A Volunteer or Public Visitor may serve as a Religious Advisor in a facility where he/she is not a Volunteer or Public Visitor. In the event that a Volunteer or Public Visitor wishes to be a Religious Advisor in a Department facility where he/she does not volunteer, written permission must be obtained from the Facility Manager/designee in both facilities granting permission for this individual to serve as a Religious Advisor.

4. The FCPD shall send each prospective Religious Advisor:

   a. a cover letter that indicates the inmate who wishes the community religious leader to serve as his/her Religious Advisor;

   b. a **Religious Advisor Application (Attachment 1-B)**; and

   c. **Orientation for Religious Advisors Serving in the Department (Attachment 1-C).**

5. A potential Religious Advisor must complete a Religious Advisor Application and submit a letter of endorsement from his/her faith community verifying that he/she is a bona fide religious leader, qualified to provide individual spiritual counseling.[8] The endorsement

[7] 4-4519
[8] 4-4519

letter must be dated and include the contact information of the endorsing community. It is not necessary for a potential Religious Advisor to submit a Centralized Clearance Check Information Request Form or to provide his/her Social Security Number for consideration to serve in this capacity.

6. Once the FCPD/designee has received all required documentation noted above, he/she will, in accordance with **DC-ADM 812, "Inmate Visiting Privileges,"** ensure that a **DC-312A Supplementary Authorized Visitors form** is completed, signed by both the inmate and the FCPD/designee, and is submitted to the appropriate Facility/Unit Management staff for review, signature and approval.

7. An approved Religious Advisor shall be permitted to visit the inmate in accordance with Department policy **DC-ADM 812.**

8. Designations of Religious Advisors by inmates shall be in addition to the names on the approved visiting list and will not be counted against the total of 40 names on the **DC-311A, Approved Visitors Form** (refer to Department policy **DC-ADM 812, Section 1**). Religious Advisor visits will not be counted against the number of authorized regular visits.

9. Religious Advisor visits will take place in the facility's Visiting Room and generally, shall be no less than one hour in duration. They shall occur during regularly scheduled visiting hours. The length and number of visits for Religious Advisors may be limited depending upon available space.

10. An approved Religious Advisor may serve in that capacity for more than one inmate; however, that individual may only visit one inmate at a time. No group religious meetings may take place in the Visiting Room unless the Facility Manager/designee grants special permission. The length and number of visits for Religious Advisors may be limited depending upon available space.

11. Religious Advisors are not permitted to bring sacred texts or religious literature into the Visiting Room. Sacred texts, provided by the Department, will be available in the Visiting Room. Arrangements can be made for the placement of additional religious literature in the Visiting Room for use by Religious Advisors with the permission of the Facility Manager/designee.

12. Religious Advisors should contact the FCPD at the facility if they encounter difficulties during their visit(s).

13. The Religious Advisor shall comply with the policies and procedures governing the Visiting Room.

14. In accordance with Department policy **DC-ADM 812**, Religious Advisors are permitted to visit during the first 10 days following commitment to a Diagnostic and Classification Center (DCC).

15. When an inmate receives a copy of the approved **DC-312A Supplementary Authorized Visitors form**, approving his/her Religious Advisor, the inmate must notify the approved Religious Advisor that visits may commence.

16. The Religious Advisor shall comply with the policies and procedures governing the Visiting Room. The name of the Religious Advisor may be removed from the inmate's visiting list for security reasons or other reasons affecting the orderly operation of the facility upon the recommendation of the Shift Commander and/or FCPD and the approval of the Facility Manager/designee.

17. The FCPD may approve Orthodox Christian Religious Advisors to administer the sacrament of Orthodox Christian Communion under the condition that a droplet of wine has been dried on the wafer for sacramental purposes. If the clergy is a Religious Advisor, this sacrament will take place in the Visiting Room or in a different location approved by the Facility Manager/designee with special arrangements noted on a Gate Clearance. The frequency of this accommodation will be determined in light of staff, time, space and scheduling limitations.

18. In accordance with Department policy **DC-ADM 812**, after the Governor's warrant has been issued for capital case inmates, Religious Advisor visits will be non-contact, unless otherwise directed by court order and in accordance with Department policy **6.5.8, "Capital Case Administration."**

# *Inmate Request to Change Religious Preference Form*

*An inmate may designate his/her religious preference upon intake and may request to change his/her religious preference once every six months by signing this form in the presence of his/her FCPD. Noting a religious preference on this form is for self-identification purposes only and does not bind the Department to accommodate any religious belief or practice, other than respecting the inmate's right to believe as he/she chooses. Religious accommodations and participation by inmates in primary religious gatherings and activities may be limited to those inmates who are formally registered as identifying with that respective religion and who have demonstrated a sincerely held religious belief.*

*Name* ______________________________ *DOC #* ____________ *SCI* ________

*Current Religious Preference on record:*

- ❑ *Catholic*
- ❑ *Islam*
- ❑ *Jewish*
- ❑ *No Preference/None*
- ❑ *Other*
- ❑ *Protestant*

*I am requesting my Religious Preference be changed to:*

- ❑ *Catholic (Roman, Byzantine, etc.)*
- ❑ *Islam (Sunni, Shia, Shi'ite, etc.)*
- ❑ *Jewish (Orthodox, Conservative, Reform, Reconstructionist, etc.)*
- ❑ *Protestant (Christian, Non-Denominational, Independent, Mainline, Seventh Day Adventist, etc.)*
- ❑ *No Preference / None*
- ❑ *Other*
  - ☐ *Assembly of Yahweh*
  - ☐ *Atheist*
  - ☐ *Bahai*
  - ☐ *Buddhist*
  - ☐ *Christian Identity/Church of Jesus Christ Christian*
  - ☐ *Christian Scientist*
  - ☐ *Creativity / Church of Creator*
  - ☐ *Hare Krishna*
  - ☐ *Hebrew Israelite*
  - ☐ *Hindu*
  - ☐ *Jain*
  - ☐ *Jehovah's Witnesses*
  - ☐ *Messianic Jew*
  - ☐ *Moorish Science Temple*
  - ☐ *Mormon*
  - ☐ *Muhammad's Temple Islam*
  - ☐ *Nation of Islam*
  - ☐ *Nations of Gods and Earth / 5%ers*
  - ☐ *Native American Spirituality / Taino*
  - ☐ *Orthodox (Eastern, Greek, Russian)*
  - ☐ *Other:* ____________________
  - ☐ *Pagan*
    - ☐ *Asatru*
    - ☐ *Odinism*
    - ☐ *Thelema*
    - ☐ *Wicca*
    - ☐ *Other Pagan*
  - ☐ *Rastafarian*
  - ☐ *Santeria*
  - ☐ *Satanist*
  - ☐ *Shetaut Neter / MAAT / Ausarian*
  - ☐ *Sikh*
  - ☐ *Taoism*

*Inmate signature:* ______________________________ *Date:*____/____/20____

*FCPD signature (as witness):*__________________________ *Date:*____/____/20____

*RECORDS staff entering the change in UMS*______________ *Date:*____/____/20___

*Records Office returns completed form to FCPD for filing.*

## Section 3 – Religious Articles and Accoutrements

### A. *Individual Sacred objects*

1. General Provisions

a. ***Practitioners of various religions utilize sacred objects (e.g., medallions, prayer beads, rugs, headgear, articles of clothing, etc.) to identify with and to assist them in the practice of their faith. The Religious Articles Catalog (Attachment 3-A) lists the specific sacred objects that inmates of respective faiths may purchase. The purchase of sacred objects is limited to those sacred objects from specific vendors listed in this catalog.***

b. ***Individuals with commissary privileges may order sacred objects noted in the Religious Articles Catalog. An inmate without commissary privileges may not order sacred objects from the Religious Articles Catalog.***

a. ***Sacred objects approved for inmate possession and use, per housing unit status, are noted on the Individual Sacred Objects Chart (Attachment 3-B). An inmate whose housing unit status does not permit him/her to possess certain sacred objects must place these sacred objects in his/her property or send these sacred objects home at the inmate's own expense. Approved sacred objects, for possession by inmates in respective Level 5 Housing Units can be acquired from stored property at the initial inventory only. Sacred objects cannot be acquired from stored property after initial inventory.***

c. ***The rules regarding outside purchases, outlined in DC-ADM 815, "Personal Property, Basic/State Issued Items and Commissary/Outside Purchases," Section 2 apply to purchases from the Religious Articles Catalog.***

d. ***An inmate in possession of sacred objects previously approved prior to March 27, 2007, which are listed on the inmate's DC-153, Personal Property Inventory in accordance with Department policy 6.3.1, "Facility Security," may retain those sacred objects, provided those sacred objects do not pose a security concern. If a sacred object previously approved is deemed to present a security concern, the inmate can elect to send the object home at his/her expense or the sacred object will be destroyed.***

e. Sacred objects may be donated to the institution from outside religious organizations for distribution by the ***FCPD. However donated sacred objects must be similar in size, shape and color to those noted in the current Religious Articles Catalog.*** Donated sacred objects may not be designated by outside religious organizations for specific inmates.

f. ***Sacred objects are only to be ordered and possessed by inmates who profess and practice the faith associated with the sacred object.***

# CONFIDENTIAL

## DC-ADM 819, Religious Activities

## Section 2 – Responsibilities, Staffing, and Areas of Functioning

g. ***The FCPD must check with the Property Officer to ensure that items ordered by an inmate will not exceed the number of religious items an inmate is permitted to retain in his/her cell.***

h. The FCPD must authorize inmate purchases of sacred objects listed in the ***Religious Articles Catalog*** by signature on a **DC-ADM 815A, Outside Purchase Approval Form**.

i. ***All sacred objects in an inmate's possession, whether purchased or received via donation from the FCPD/designee, shall be appropriately recorded on a DC-153 in accordance with Department policy 6.3.1.***

j. Homemade or other unauthorized sacred objects are not permitted and shall be confiscated. ***The inmate can elect to send the unauthorized object(s) home at his/her expense or the sacred object(s) will be destroyed.***

k. ***Family and friends of inmates are not permitted to order, pay for and send items in the Religious Articles Catalog to inmates.***

l. ***None of the items in the Religious Articles Catalog can be obtained free-of-charge by requesting them from vendors.***

m. ***Sacred objects may be searched at any time for security reasons. Specific provisions for searching Native American medicine bags, Jewish prayer phylacteries/tefillin, Muslim hijabs and sacred texts are noted below.***

n. ***Sacred objects will be confiscated if they are altered in any way, abused, used to conceal contraband, used for other than their intended purpose, or are in the possession of an inmate who no longer practices the faith he/she was practicing at the time he/she was approved for the sacred object(s).***

o. ***No sacred object may change hands among inmates.***

p. ***The following will govern the use of sacred objects by individual inmates for private devotional purposes:***

(1) ***they shall be restricted to an inmate's cell/dormitory area;***

(2) ***they shall be used in such a way as to not draw undue attention to the individual;***

(3) ***they shall be stored away when not in use; the ongoing display of sacred objects is prohibited; and***

(4) ***the use of sacred objects in dayrooms, yards, etc. is prohibited.***

q. ***Violations of any of the conditions outlined in this policy will result in the confiscation of said sacred objects and review by the FCPD in concert with security. As deemed appropriate, corrective action will be taken by the inmate or the objects will either be destroyed or sent home at the inmate's expense.***

r. ***Inmates from faith traditions whose religions are not represented in the Religious Articles Catalog may submit a Religious Accommodation Request Form – Non Grooming (Attachment 4-G) requesting a new sacred object for catalog inclusion consideration to their FCPD. Inmates submitting new sacred objects for consideration should include a picture of the article requested, its religious significance and the contact information of a vendor from which the article can be obtained. All proposed new additions of sacred objects to the Religious Articles Catalog will first be recommended by the Religious Accommodation Review Committee (RARC), inspected and approved by the Central Office Security Division and be approved by the Operations Committee before being listed in a catalog revision.***

s. ***As the Bureau of Treatment Services (BTS) becomes aware of changes regarding sacred objects in the Religious Articles Catalog, (e.g., price increases, shipping and handling cost changes, product changes, etc.), the Religious Articles Catalog will be revised and the catalog reissued.***

t. Prohibited Individual Sacred Objects

(1) ***For security reasons, an inmate is not permitted to purchase or possess the following:***

(a) ***individual sacred objects that contain colors other than white, unless in the possession of the inmate prior to March 27, 2007 or noted in the Religious Articles Catalog for inmate purchase;***

(b) ***robes;***

(c) ***incense or oils;***

(d) ***any religious symbols associated with a Security Threat Group;***

(e) ***an individual prayer cushion;***

(f) ***an individual religious smoking instrument (e.g., prayer pipe).***

(2) ***At no time will an inmate uniform be modified in any way (e.g., hemming pants legs, etc.) for any religious purpose. An inmate whose faith tradition mandates that his/her pants be worn above the ankles may be permitted to temporarily adjust his/her garments during an approved communal religious service only. At the conclusion of the service, the inmate must return his/her uniform to the way it was issued or face disciplinary action.***

2. ***Religious Medallions***

   a. ***Religious medallions shall not be visible to the public. Religious medallions will either be kept out of sight in an inmate's cell or dormitory area, worn around an inmate's neck underneath his/her clothing, or be fully hidden from view in pants' pockets.***

   b. ***Chain lengths and medals must not exceed the sizes specified in Department policy DC-ADM 815-unless otherwise approved in the Religious Articles Catalog.***

   c. ***Gem stones are not permitted in any religious medallion.***

   d. ***Medallions that are designed with a pin to be worn on clothing are not permitted. Medallions listed in the Religious Articles Catalog may be made of metal, wood, or plastic and may be round in shape or in the shape of the appropriate religious symbol such as a cross, star or crescent. Each inmate will be permitted one religious medallion in accordance with the above criteria. All medallions must be listed on the inmate's DC-153 in accordance with Department policy 6.3.1.***

   e. ***If the chain on which a medallion is worn breaks, the broken chain may be replaced with a chain noted in the Religious Articles Catalog or sold by a facility approved vendor. The broken chain must be surrendered to the appropriate facility personnel for destruction.***

   f. Native American Medicine Bag

      (1) ***A Native American medicine bag is considered the religious medallion for Native American inmates.***

      (2) ***The medicine bag is not to exceed three inches by two and a half inches in size.***

      (3) ***In accordance with Native American tradition, and only with the written approval of the Facility Manager/designee, may a Native American Chaplain or Religious Advisor gift a medicine bag to an inmate participating in Native American programs. The medicine bag must meet Department specifications and be inspected for contraband by security in accordance with search procedures as outlined below.***

      (4) The contents of the medicine bag must be approved by the FCPD and the Native American ***Chaplain***. A list of the approved sacred objects for each inmate's medicine bag shall be maintained by the individual inmate, the Native American Chaplain and the FCPD. It is the inmate's responsibility to locate sacred objects for placement in medicine bags through means which do not violate Department

rules and provided there is no security concerns associated with an inmate possessing these articles.

(5) ***A medicine bag may contain the following:***

(a) ***a small piece of pipestone or one small pebble (less than ½ square inch);***

(b) ***a small portion of sage;***

(c) ***a small portion of sweet grass;***

(d) ***a small portion of cedar;***

(e) ***a pinch of sacred tobacco;***

(f) ***a kernel of corn or grain; and***

(g) ***other such sacred objects sacred to the wearer and approved by and given to the inmate by the FCPD or Native American Chaplain, provided the sacred objects do not constitute a security concern.***

g. ***If available, Native American Chaplains may periodically provide up to ¼ teaspoon of sage, sweet grass and/or cedar and a pinch of sacred tobacco to inmates possessing a medicine bag in a manner approved by security. These items shall remain secured in an inmate's medicine bag.***

(1) *Searching Medicine Bags*

(a) ***Care will be taken by facility staff to respect the sacredness of the medicine bag when an inmate is being searched.***

(b) ***Security staff shall request that an inmate in possession of a medicine bag open the bag and empty the contents of the medicine bag onto a clean surface. If necessary, staff will gently inspect the medicine bag and its contents using plastic/latex gloves.***

(c) ***A non-Native American shall not touch the contents of the medicine bag.***

(d) ***If an inmate refuses to allow the bag's contents to be visibly searched, the bag and its contents shall be confiscated and a DC-154A, Confiscated Items Receipt, shall be issued by the staff member confiscating the medicine bag.***

(e) ***If a particular sacred object is called into question, it shall be removed from the medicine bag and a DC-154A shall be issued to the inmate.***

***The Native American Chaplain and the FCPD must review the sacred object in question. If the sacred object is not approved, it shall be regarded as contraband and handled in accordance with Department policy 6.3.1.***

(2) ***Arrangements for replacing damaged leather medicine bag neck straps may be made through the FCPD via the Native American Chaplain or an approved Native American vendor.***

3. ***Prayer Beads***

a. ***Whenever possible, prayer beads (e.g., mala, rosary, zikr, obtala beards, etc.) in the Religious Articles Catalog shall be limited to ¼" diameter, shall be white in color, and shall not have a tassel attached to them.***

b. ***Prayer beads may not be worn around the neck, wrist or ankles.***

4. Religious Headgear

a. ***Religious headgear (e.g., hijab, kufi, yarmulke, leather headband, etc.) purchased from an approved vendor or donated to the Religious Services Department since March 27, 2007 must be white in color. If headgear previously approved and in the possession of an inmate is deemed to present a security concern, the inmate can elect to send the object home at his/her expense or the sacred object will be destroyed.***

b. ***Religious headgear must fit flush to the head.***

c. ***Inmates employed in Food Services may wear religious headgear, but the headgear must be kept clean and be completely covered by a hair restraint approved for use in Food Services.***

d. ***Inmates are permitted to wear religious headgear in all areas of the facility unless there is a documented hygienic, safety or security concern (e.g. the Visiting Room)***

e. ***Hijabs***

(1) ***Hijabs shall not be worn to cover the face.***

(2) ***When not in use, hijabs must be kept in an inmate's cell.***

(3) ***A hijab can be no larger than 45 x 45 inches and may be white or beige in color.***

(4) ***Out of the respect for the Muslim belief that only husband are to see the bodies or portions of the body of their wives, when searching the Hijab, the***

***officers will conduct a simple pat search while the Hijab is on the inmate's head. If there is a concern of contraband, the female inmate will be taken to an area of privacy, and a female officer will conduct a search. The inmate removes the Hijab, the officer searches it, then the inmate puts the Hijab back on.***

f. ***Inmates scheduled for transport are not permitted to wear religious headgear in accordance with Department policy 6.3.1, Section 22.***

5. Prayer Rugs

a. ***Prayer rugs may be purchased and possessed by inmates of Muslim faith, as verified by the FCPD/Imam/Muslim Chaplain.***

b. ***A Prayer rug may not measure*** larger than 30 x 48 inches, excluding the fringe.

6. Prayer Phylacteries/Tefillin and Prayer Shawls/Tallits

a. ***Prayer Phylacteries/Tefillin and Prayer Shawls/Tallits may be purchased and possessed by inmates of Jewish faith, as verified by the FCPD/Jewish Chaplain.***

b. ***Prayer Phylacteries/Tefillin and Prayer Shawls/Tallits, available in the Religious Services Area for communal use (if any), may be used at Jewish services; the transporting of personal Prayer Phylacteries/Tefillin and Prayer Shawls/Tallits to and from housing units to the Religious Services Area is prohibited, unless express written approval is obtained from the Facility Manager/designee.***

c. The inmate in possession of Prayer ***Phylacteries/Tefillin or a Prayer Shawl/Tallit*** may keep this/these objects upon transfer to another facility or release from the Department, or donate this/these items to the FCPD where it/they may be reassigned by the FCPD to another inmate in consultation with the Jewish Chaplain.

d. ***Searching of Prayer Phylacteries/Tefillin***

(1) ***Prayer phylacteries/tefillin may only be inspected for contraband by x-ray or metal detector and/or with electronic drug detection equipment.***

(2) ***If a correctional staff notices that a seam on the Prayer Phylacteries/Tefillin has been tampered with, the Prayer Phylacteris/Tefillin shall be confiscated for review by the Jewish Rabbi.***

7. Prayer Rope

a. ***Prayer ropes may be purchased and possessed by inmates of Orthodox Christian faith, as verified by the FCPD.***

8. Sacred Prayer Feather

   a. ***Inmates identifying with the Native American and a Pagan tradition may possess one sacred prayer feather.***

   b. ***Sacred prayer feathers are not to be worn in an inmate's hair, on a headband or elsewhere on an inmate's body or clothing.***

   c. ***With the written approval of the Facility Manager, and in accordance with Native tradition, a Native American Chaplain or Religious Advisor may give a sacred prayer feather to a Native American inmate participating in Native American programs.***

9. Cloth Scapular

   ***Catholic inmates may possess one*** cloth scapular.

10. Altar Cloth

    a. ***Inmates identifying with a Pagan tradition may possess one altar cloth.***

    b. Altar cloths shall not be larger than 22 x 22 inches.

11. Meditation Postcards

    Buddhist inmates may possess meditation postcards.

12. ***Sacred Texts, Religious Literature and AV Resources***

    a. ***Sacred texts and religious literature are permitted in the facility consistent with Department policy DC-ADM 803, "Inmate Mail and Incoming Publications," Section 3, which addresses the criteria by which sacred texts and religious literature are permitted or denied in the Department.***

    b. ***A distributor of religious resources includes bona fide religious, charitable organizations who make literature available free of charge to inmates (e.g., a prison ministry, etc.).***

    c. ***If a sacred text is deemed no longer useable, it shall be given to the FCPD/Faith Group Leader for appropriate disposal as deemed acceptable by that faith tradition.***

    d. ***An inmate may not purchase religious tapes, videos, CD's or DVD's, though approved religious tapes may be lent to inmates through a Religious Library.***

    e. ***Searching Sacred Texts***

(1) ***Sacred texts (e.g., Bibles, Qur'ans, Jewish Prayer books, etc.) shall be respected by facility staff when inspecting them for contraband.***

(2) ***Whenever feasible, during searches, correctional staff will refrain from placing sacred texts on the floor, on a sink, on a toilet or handling them in such a way as to show disrespect toward a religious tradition.***

**B. Communal Sacred Objects**

1. General Provisions

a. ***Various religions practice the traditional and/or obligatory use of certain accoutrements and other sacred objects in their communal religious practices. The FCPD is responsible to screen all accoutrements and sacred objects used in communal gatherings to ensure they conform to policy.***

b. ***All communal sacred objects and ritual supplies must be maintained and secured in the Religious Services Area or brought into the facility by an approved Faith Group Leader via approved Gate Clearance.***

c. ***A list of approved communal sacred objects for use in communal religious gatherings is noted on the Communal Sacred Objects Chart (Attachment 3-C). While this list is not exhaustive, it outlines common sacred objects used in the various religious gatherings accommodated in the Department. Suggested revisions to this chart may be brought to the attention of the Religious, Volunteer and Recreational Services Program Administrator, BTS, for consideration.***

d. ***A facility may purchase or receive donations of communal sacred objects, provided these objects are used during communal religious services in the Religious Services Area and are secured in the Religious Services Area when not in use.***

2. ***Candles***

***Candles may be used for approved communal religious gatherings held in the Religious Services Area only, provided:***

a. ***the approved communal religious gathering is under the direct and immediate supervision of a Faith Group Leader (staff chaplain, contract chaplain, religious vendor or an approved volunteer);***

b. ***when not in use, candles and matches/lighters used for communal religious gatherings, are secured in the Religious Services Area; and***

c. ***spent wax is removed by the chaplain or other staff member and discarded outside the facility. Spent wax cannot be placed in the trash inside the facility.***

3. *Herbs (Sacred)*

a. ***The religious use of smoke-producing substances (e.g., sacred herbs, etc.) shall not be prohibited as a result of the Department's no-smoking requirements; however, the location in which these substances may be used may be restricted.***

b. ***Faith Group Leaders facilitating religious ceremonies which mandate the use of odor- or smoke-producing substances (e.g., sacred herbs such as knick-knick, sage, cedar, sweet grass, etc.) are authorized to burn small amounts of these substances – quantity to be determined by the FCPD – as part of an approved communal religious activity only (e.g., worship service, smudging, sacred pipe ceremony, etc.) and in a manner consistent with facility security, safety, health and order.***

c. ***It is preferred that*** religious groups who require the burning of sacred herbs ***conduct their ceremonies in a designated outdoor location approved by Security. When an outdoor area is not feasible, facilities will permit the use of sacred smoke in a well-ventilated indoor space.***

4. Incense

a. ***Incense is often burned in Catholic and Orthodox Christian sacred ceremonies as a symbol of purification as well as to symbolize the prayers of the faithful rising to heaven. Incense is often burned in a thurible, a metal censer.***

b. ***Approved Faith Group Leaders may burn incense in Catholic and Orthodox Christian sacred ceremonies in the Religious Services Area, provided security and safety precautions are addressed.***

c. ***When not in use, incense and matches used in communal religious gatherings, will be secured in the Religious Services Area.***

5. Oils (Sacred)

a. ***Many Christian (e.g., Catholic, Orthodox, Protestant, etc.) clergy use anointing oils in the context of blessing new converts, rites of passage, and/or praying for individuals in need of healing. The use of anointing oils by Christian clergy is permitted, provided the oil is contained in a small clear plastic*** see-through container and provided inmates do not have access to this oil.

b. ***It is acceptable for Muslims, prior to attending Jum'ah, to apply a very small amount of scented oil on their wrists. The Religious Services Department may establish a safe and secure procedure by which Muslim inmates have a small***

***amount of scented oil applied to their wrists upon entering Jum'ah. Muslim inmates may assist in applying scented oils on the wrists of inmates entering Jum'ah; however this distribution shall be closely monitored by a chaplain.***

c. Any inmate in possession of a quantity of sacred oil ***outside the Religious Services Area*** shall be in the possession of contraband.

6. *Tobacco (Sacred)*

a. ***The religious use of sacred tobacco shall not be prohibited as a result of the Department's no-smoking requirements; however, the location in which sacred tobacco may be used may be restricted.***

b. ***The ceremonial use of tobacco is a legitimate group religious practice for Native Americans. The most common use of sacred tobacco is in the Sacred Pipe Ceremony in which a small amount of sacred tobacco is mixed with sacred herbs (e.g., cedar, sage, sweet grass).***

c. ***Native American chaplains shall be permitted to bring an appropriate amount of sacred tobacco into the facility for ceremonial use only.***

d. ***Facilities that have Native American religious programs shall develop operational procedures that allow for the ceremonial use of tobacco under the guidance of a Native American Chaplain.***

e. ***Sacred tobacco shall not be smoked, except as part of the pipe ceremony in the presence and under the supervision of a Native American Chaplain.***

f. ***The burning of sacred tobacco by inmates not in the context of a Sacred Pipe Ceremony is strictly prohibited.***

7. *Wine (Sacramental)*

a. ***Communal Sacred Rites***

(1) ***If a sacred rite requires the use or presence of sacramental wine (e.g., Catholic Communion, Jehovah's Witnesses Memorial Service, etc.), the approved outside celebrant (Facility Chaplain, Religious Contract Service Provider, Religious Vendor, approved volunteer or public visitor) may bring into the facility up to two ounces of sacramental wine in a small clear plastic see-through container.***

(2) ***An inmate is prohibited from receiving sacramental wine unless specified elsewhere in this policy. The celebrant will remove any leftover wine and the container from the facility after each use.***

b. ***Individual Sacred Rites***

(1) ***If a bona fide sacred rite requires the consumption of sacramental wine (e.g., Orthodox Christian Communion), the following procedures will be followed:***

(a) ***the FCPD will first verify with the Religion, Volunteer and Recreational Services Program Administrator, BTS, that the sacred rite is a bona fide rite and one which the Department can accommodate;***

(b) ***if so, the Religion, Volunteer and Recreational Services Program Administrator, BTS, will inform the facility of the parameters within which this rite can be accommodated;***

(c) ***approved individual sacred rites will take place in a location approved by the Facility Manager/designee and approved via a Gate Clearance; and***

(d) ***the frequency of individual sacred rites accommodated in this way will be determined in light of the availability of a community clergy, staffing, time, space and scheduling limitations.***

(2) ***For Orthodox Christian Communion, The FCPD will permit an approved Orthodox Christian priest to administer the sacrament of Orthodox Communion under the condition that a droplet of wine has been dried on the wafer and is for sacramental purposes only. The wafer on which a droplet of wine has been dried is subject to search and may be consumed by the inmate. All accoutrements used for an individual sacred rite are subject to search.***

8. ***Searching Communal Sacred Objects***

***Whenever possible to avoid an unnecessary escalation in tension in the facility, a Faith Group Leader shall be physically present when correctional staff search communal sacred objects secured in the Religious Services Area to witness that sacred objects are respected as they are searched for contraband.***

Pennsylvania Department of Corrections

# Religious Articles Catalog

Reissued: May 12, 2016 by the Bureau of Treatment Services (BTS)

Practitioners of various religions utilize sacred objects (e.g., medallions, prayer beads, rugs, headgear, articles of clothing, etc.) to identify with and to assist them in the practice of their faith. The Religious Articles Catalog lists the specific sacred objects that inmates may purchase. The purchase of sacred objects is limited to these sacred objects from these specific vendors.

1. Must have Commissary Privileges: Inmates with commissary privileges may order sacred objects noted in the Religious Articles Catalog. Inmates without Outside Purchasing privileges may not order sacred objects from the Religious Articles Catalog
2. Restricted to Catalog Articles: Unless otherwise noted, the religious items which inmates may order are limited to the specific items noted in the Religious Articles Catalog. Attempts to purchase OTHER items from these OR OTHER vendors will be denied.
3. Size Restrictions: All items in the Religious Articles Catalog concur with Department policy **DC-ADM 815, "Personal Property, Basic/State Issued Items and Commissary/Outside Purchases,"** namely Religious Medals may be no larger than 1 ¼ inches and with a chain no longer than 26 inches and a maximum value of $100; no gem stones.
4. Sacred Nature: Due to the sacred nature of some objects, some articles, as noted in this policy, are restricted to inmates who identify with a specific faith tradition. Otherwise, any inmate of any faith may purchase an item in the Religious Articles Catalog.
5. FCPD Approval Needed: Items from the Religious Articles Catalog must be approved by the Facility Chaplaincy Program Director (FCPD) via a signature on a **DC-815A, Outside Purchase Approval Form.**
6. Property Officer Review: The FCPD must check with the Property Officer to ensure that items ordered by an inmate will not exceed the number of religious items an inmate is permitted to retain in his/her cell.
7. No Family or Friend Orders: Family and friends of inmates are not permitted to order, pay for and send items in the Religious Articles Catalog to inmates, and inmates may not order these items to send to family members/friends.
8. No Freebies: None of the items in the Religious Articles Catalog can be obtained free-of-charge by requesting them from vendors, unless specified that the item is free by request only.
9. For Personal Use Only: Items noted in the Religious Articles Catalog are for personal devotional use only. Use of sacred items in a way other than their intended purpose will result in the confiscation of said articles.
10. Revisions to Catalog: As the Bureau of Treatment Services (BTS) becomes aware of changes regarding sacred objects in the Religious Articles Catalog, (e.g., price increases, shipping and handling cost changes, product changes, etc.), the Religious Articles Catalog will be revised and the catalog reissued.
11. Additions to Catalog: Inmates who would like consideration for additional articles to be added to the Religious Articles Catalog, may submit a **Religious Accommodation Request Form–Non-Grooming** (refer to **Attachment 4-G)** to their FCPD for consideration.

Questions about this catalog should be directed to:
Religion & Volunteer Services Administrator, Bureau of Treatment Services, PA DOC, 1920 Technology Parkway, Mechanicsburg, PA 17050-8507

# Afrikan/Egyptian/ Shetaut Neter/MAAT

## Egyptian Gift Shop

34879 Sausalito Terrace
Fremont, CA 94555
TEL (510) 673-9461
Website: www.egyptiangiftshop.us
**Email: EgyptianGiftShop@yahoo.com**



**◄Sterling Silver Key of Life Pendant**
1 1/4" Length
Price: **$12.99**
SKU: **SP0209 – MEDIUM Size ONLY**

**18 " Sterling Silver Box Chain Add $12.99**
**18 " Sterling Silver Twisted Chain Add $13.99**
**18 " Sterling Silver Figaro Chain Add $14.99**

*Egyptian Gifts Shipping & Handling:*
*(6-7 business days) $7.99 for the first item ordered + $2.00 for each additional item.*

## Egyptian Yoga Bookstore

Sema Institute of Yoga
PO Box 570459
Miami, FL 33257
TEL (305) 378-6235
FAX (305) 378-6253
Website: www.Egyptianyoga.com
**Email: egyptianyoga@aol.com**

**Scroll with the Four Neterian Great Truths** (8½" x 11" on paper) available *free of charge* by request only.

**Divine Image** (8½" x 11" on paper) available *free of charge* by request only.

# Buddhist

## Tibetan Spirit

29½ Page Avenue
Asheville, NC 28801-2707
TEL (828) 255-8088
Website: www.tibetanspirit.com
**Email: shop@tibetanspirit.com**



**◄1" Shakyamuni Buddha Silver Deity Pendant**
**SKU#: J1-SB Price: $25.00**
NOTE: Pendant does NOT come with a chain or chord.



**◄Tulsi Mala**
6 mm, 108 beads
**SKU#: J55E**
**Price: $ 10.00**
*NOTE: Hindu practitioners may also order these beads with which to chant.*

*Tibetan Spirit Shipping & Handling:*
*0.01-$14.99……………..Add $ 6.95*
*$15.00-$24.99……………..Add $ 8.95*
*$25.00-$39.99……………..Add $ 9.95*

## Shri Krishna Arts LLC

c/o US Warehousing & Shipping Services
5106 Le Miccine Ter
San Jose, CA 95129-5041
Website: www.exoticindia.com
**Email: inquiry@exoticindia.com**



**◄Buddha Pendant**
Sterling Silver 1.1" x 06"
**Item #: LAD18 Price: $15.00**
To add a Sterling Silver 15" Chain:
**Item #: JWY23 Price: $11.25**

Make checks payable to: Shri Krishna Arts LLC

*FREE Shipping and Handling on orders from Indian Arts and Crafts LCC.*

# Christian – Anglican

## Episcopal Bookstore

3837 Stone Way North
Seattle, WA 98103-8005
TEL (800) 803-6223
Website: www.episcopalbookstore.com
**Email: info@episcopalbookstore.com**



**◄White Anglican Prayer Beads.** All white with a 1.25" Jerusalem cross
**Price: $32.95** *(includes S & H)*

# Christian–Catholic

## Autom Inspirational Gifts

5226 South 31st Place
Phoenix, AZ 85040
TEL (800) 521-2914
**Email: retmbx@automonline.com**
Website: www.autom.com



**◄Sterling Silver Miraculous Medal** with 18" chain. 1" height.
**Item # SS3070**
**Price: $39.95**



**◄Silver Miraculous Medal**
Material: Silver 3/8" H
Comes with an 18" chain
**Item # SSW40**
**Price: $12.95**

*Autom Shipping & Handling:*
*$ 0.01-$15.00....................Add $ 5.99*
*$25.01-$50.00...................Add $12.99*

## Catholic Books and Gifts

18921 Magnolia St
Fountain Valley, CA 92708
TEL (714) 963-7955
FAX (714) 464-4446
Website: www.catholicfreeshipping.com
**Email: sales@catholicfreeshipping.com**



**◄Imitation Pearl Rosary**
Rosary with 6 mm. imitation pearl beads. Measures about 18" in length. Made In Italy.
**Item #: 15479 Price: $14.95**

**The 45 Cent Rosary►**
**13" – 16" in length.**
**MUST specify WHITE.**
**Item #: 26-306**
**Price: $ 0.45**





**◄Tiny Sterling Silver Crucifix**
Crafted from glistening sterling silver. 1.5 cm/0.6 inches.
**Price $24.95**
**Item # SS1780-SILVER**
Specify chain length: 16" or 18"or 20" or 24"

**Tiny Gold-Filled Crucifix** (no picture available) Crafted from elegant gold. 0.6"
**Price: $26.95**
**Item # VP1780-GOLD**
Specify chain length: 16"or 18" or 20" or 24"

**Our Lady of Mt. Carmel Scapular**
An all-cloth Our Lady of Mt. Carmel Scapular (No picture available).
**Item #: E1: Brown chord**
**Item #: F1: White chord**
**Price: $2.75 each**

*Catholic Books and Gifts S & H costs:*
*For orders under $ 20.00.....................Add $2.99*
*For orders of $ 20.00 or more: FREE SHIIPPING*

# Christian–Orthodox

## The Russian Shop

Maison Russe
1720 Ogden Ave
Lisle, IL 60532
TEL (800) 778-9404
Website: www.therussianshop.com
**Email: shopping@therussianshop.com**

## The Russian Shop – cont.

**Russian Orthodox Baptismal Cross ▶**



1". Two colors available: Gold Plated **or** Antique Silver Finish. No chain.
**Item #: CRS – Baptism Cross**
**Price: $4.95**

**Small Russian Orthodox Enamel Cross. ▶**




1" White Enamel with gold-plating. No chain
**Item #: SEC White Cross**
**Price: $7.50**

*FREE SHIPPING on the above items provided by The Russian Shop.*

## Hermitage of the Holy Cross Gift Shop

505 Holy Cross Road
Wayne, WV 25570-5403
TEL (304) 849-4726
Website: www.holycross-hermitage.com
**Email: giftshop@holycross-hermitage.com**



**◀50-Knot Prayer Rope**
Russian-style knotted wool prayer ropes are woven from high quality 3-ply wool yarn, with wood divider beads.
**SKU: DEV-CHOTKI-50**
**PRICE: $20.00**

**St. Olga Cross Sterling Silver Orthodox necklace cross▶**



1.06" x 0.63"
**SKU: 174033**
**Price: $34.00**

*Add $3.00 for USPS First Class Shipping for items from the Hermitage of the Holy Cross Gift Shop.*

# Christian – Protestant

## Christian Book Distributors

PO Box 7000
Peabody, MA 01961
TEL (800) 247-4784
Website: www.christianbook.com
**Email: customer.service@christianbook.com**



**◀Medium Engraved Cross, Gold-plated Pendant.** 1" cross triple-dip plated in 22kt gold with 18" chain
**Item #: WW3685X**
**Price: $19.99**

*Shipping & Handling for Christian Book Distributors:*
*$ 0.01 - $ 20.00……………………..Add $3.99*
*$ 20.01 - $ 50.00…………………….Add $5.99*

# Jain

## Indian Arts and Crafts LLC

28 Old Rudnick Lane
Dover, DE 19901
TEL (347) 468-7193
Website: www.exoticindiaart.com
**Email: info@exoticindia.com**

**Lord Ganesha Pendant ▶**



Sterling Silver 1.1" x 0.8"
**Item Code: LBS74**
**Price: $15.00**

Add Sterling Silver Chain:
16" Add $10.00
18" Add $12.00
20" Add $14.00

*FREE Shipping and Handling for Indian Arts and Crafts LCC items.*

# Jewish

## JewishSupply.com

9540 Collins Avenue
Surfside, Florida 33154-7127
TEL (305) 866-5875
**Email** (for questions only):
**mendyh@aleph-institute.org**
Website: www.jewishsupply.com

JewishSupply sells these items at these discounted prices to persons who are Jewish according to Jewish law. JewishSupply prefers inmates be registered on-line (via the Chaplain's Office) and that items are ordered on-line (via the Chaplain's Office). Outside Purchase Order Form can be sent with payment to JewishSupply provided institution verifies inmate is Jewish.



**◄Yarmulka Skull Cap Rayo**
**Part Number: KIPR-WHITE**
**Price: $1.00**



**◄Talis Acrylic**
**Part Number: TAC-36**
**Price: $21.00**



**◄Tzitzit Meyuchad Round Neck**
**Part Number: TZI-24-MR**
**(for #24 24/53) Price: $15.00**
**Part Number:TZI-26-MR**
**(for #26 26/55) Price: $15.00**



**◄Tefillin** (Prayer Phylacteries)
Includes bag and instructional book (may be purchased by Jewish inmates only)
**Part Number: TEF-R-ND**
**Price: $250.00**
**Discounted Tefillin** (Available only to those that can prove their Jewish identity, commit to use them every day and cannot afford the regular price) **Price: $120.00**

*For shipping/handling costs for each item, contact JewishSupply.*

## Mesorah Publications

4401 2nd Avenue
Brooklyn, NY 11232
TEL (718) 921-9000
Website: www.artscroll.com
**Email: orders@artscroll.com**



**◄Perf-Tzit-T-shirt Tzitzis**
Size 22, 22" W X 26" L **$ 15.29**
Size 24, 24" W X 28" L **$ 15.74**
Size 26, 26" W X 30" L **$ 16.19**

**Classic Wool Tallis - White Stripes ►**



24" x 72"
**Price: $ 49.49**
*Shipping is $ 3.95 for standard orders. Orders over $ 49.00 are free.*

## Eichlers

1401 Coney Island Avenue
Brooklyn, NY 11230
TEL (800) 883-4245
Website: www.Eichlers.com
**Email: info@eichlers.com**



**◄Tzitzit:**
**Item: ACT 20** (L - 20" x 24")
**Price: $19.50**
**Item: ACT 26** (XL - 26" x 30")
**Price: $21.50**
Specify:
Strings: **Thin (Basic Tzitzis)**
Neck: **Round Neck**
Knotting: **Ashkenaz Regular Knotting**



**◄Star of David Pendant**
**Stainless Steel with Gold Plate**
0.75" x 0.75" x 0.75"
**Item#: RLJSN-YG042**
**Price: $49.99**

**Knit Xlarge Elastic Kipa - White** 24 cm. ►
**Item#: MC-C-90166**
**Price $19.99**



*Eichlers Priority Mail: $ 8.50*

## The Source for Everything Jewish

Hamakor Judaica. Inc.
6333 W. Gross Point Road
Niles, IL 60714
TEL (800) 552-4088
Website: www.jewishsource.com
**Email: service@jewishsource.com**

**White Satin Kippah► Silver Embroidery 4 Points**
**Item: 233882**
**Price: $10.00**



**Standard Tefillin Set►**
Leather cases, 1¼" square, in sturdy acrylic boxes.
(may be purchased by Jewish inmates only)
**Item #: 9020**
**Price: $185.00**



**Priestly Blessing Engraved Sterling Silver Mezuzah with chain. ►**
1" with 24" Stainless Steel chain.
**Item #: 84368**
**Price : $55.00**



*Shipping & Handling for The Source for Everything Jewish:*

| | |
|---|---|
| *Up to $29.99* | *add $ 9.99* |
| *$30.00 - $49.99* | *add $ 11.99* |
| *$50.00 - $74.99* | *add $ 13.99* |
| *$75.00 - $99.99* | *add $ 15.99* |
| *$100.00 - $124.99* | *add $ 17.99* |
| *$125.00 - $199.99* | *add $ 19.99* |
| *$200.0 - $249.99* | *add $ 21.99* |
| *$250.00 & up* | *add $ 23.99* |

# Messianic

## Jewish Jewels

10112 W Oakland Park Blvd
Sunrise, FL 33351
TEL (800) 293-7482
Website: www.jewishjewels.org
**Email: cart@jewishjewels.org**



**◄Sterling Silver Priestly Blessing Flat Design Pendant** includes 18" sterling silver chain. 1" tall. Numbers 6:24-26 in the ancient Hebrew script.
**Part Number: JLPRIBLEF**
**Price: $50.00**

**White Crocheted Kippa ►**
**Part Number: JDYARCROW**
**Price: $6.00**



*Shipping and Handling for Jewish Jewels:*

| | |
|---|---|
| *Up to $10.00* | *Add $ 5.00* |
| *$10.01 - $20.00* | *Add $ 6.00* |
| *$20.01 - $40.00* | *Add $ 9.00* |
| *$40.01 - $50.00* | *Add $10.00* |
| *$50.01-$100.00* | *Add $13.00* |

## The House of Yahweh

PO Box 2498
Abilene TX 79604
www.yahweh.com
(325) 893-5899
Website: www.yahweh.com
**Email: info@yahweh.com**

**Item #: Plain White Linen Kippah**
Specify Small, Regular or Large
*(no picture available)*
**Price: $ 7.00**

*S/H for The House of Yahweh:.........Add $ 3.00*

# Muslim

## The Islamic Place

5225 Chestnut Street
Philadelphia, PA 19139
TEL (215) 748-3333
Website: www.islamicplace.com
**Email: info@islamicplace.com**




**◄Elastic Knitted Indonesian Solid (Original Style) White.**
**SKU: mk1-white**
**Price: $5.00**



◄**White Georgette Khimar**
45" x 45" square plain solid
**SKU #: ks-white1**
**Price: $6.99**



◄**Solid Beige KHIMAR**
45" x 45" square plain solid
**Item #: ks-nutmeg**
**Price: $6.99**



◄**Green and Tan Prayer Rug with Masjid (Soft Velvet)** 27" x 47"
**SCU: hrr23**
**Price: $11.50**



◄ **Chocolate and Caramel Prayer Rug with Mihrab (Soft Velvet)** 27" x 47"
**SCU: hrr22**
**Price: $11.50**



◄**Dark Green and Tan Prayer Rug with Mihrab (Soft Velvet)**
27" x 47"
**SCU: hrr29**
**Price: $11.50**



◄**Red & Gold Silhouette Prayer Rug with Kaba**
28" x 47"
**SCU: hru4**
**Price: $13.50**

## Halalco Supermarket

155 Hillwood Avenue
Falls Church, VA 22046
TEL (703) 542-3212
Website: www.halalco.com
**Email: halalco@halalco.com**



◄**Kufi Caps Crocheted - WHITE**
100% Cotton. Made in Turkey.
**Price: $ 3.50**

**Zikr Beads (Tasbih) WHITE** ►
Cylindrical 100's **$3.75** each:



**Turkish Prayer Rug**▼
27" x 48" (Below). 80% Cotton / 20% Acrylic.
Patterns will vary **Price: $10.00 each**



**Item 0380**
Navy Blue



**Item 0384**
Green



**Item 0388**
Olive Green



**Item 0385**
Pink



**Item 0381**
Maroon

*All Halalco Book orders must include an additional **$6.00** for shipping and handling.*

*The Islamic Place offers Flat Rate Shipping for $5.99 for the first item; and an additional $1.00 extra for each additional item.*

## R & N Enterprises, Inc.
2331 Irvington Place
Chester, PA 19013
TEL (610) 800-5553
Johnathan Abdur-Rahim King, Owner
**Email: jonathanking3600@gmail.com**

**Prayer Rug** (no picture available)
25" wide by 43" long
**Price: $10.00**
*Shipping & Handling for Rug: $4.00*

**White Kufi** (no picture available)
**Price: $5.00**
*Shipping & Handling for Kufi: $2.50*

# Native American

## The Wandering Bull, LLC
PO Box 496
Washington, NH 03280
TEL (800) 430-2855
Website: www.wanderingbull.com
**Email: sales@wanderingbull.com**



**◄Barred Wing Feather**. Natural undyed striped turkey wing feather. Average 12"-14"
**Item #: 8019-158-001**
**Price: $2.50**

**Deerskin Pouch Bag ►**
Small deerskin bag with a deerskin lace. 3" x 2". (may be purchased by Native American inmates only)
**Item #: 2002-001-001**
**Price: $5.95**





**▲Braided Leather Headband**
Braided deerskin headband. 15" of braiding with lacing to tie.
**Item #: 2001-450-002** Natural Color
**Price: $7.95**

*All Wandering Bull orders must include an additional $9.95 for shipping and handling.*

## Crazy Crow Trading Post
PO Box 847
Pottsboro, TX 75076
TEL (800) 786-6210
Website: www.crazycrow.com
**Email: orders@crazycrow.com**



**◄Medicine Bag - Small**
**Item: 4524-205-003**
**Price: $2.95**
Approx. 2-1/4" x 3". Soft suede leather in earth tone colors. (may be purchased by Native American inmates only)
*Crazy Crow Shipping & Handling: $8.95 (standard ground delivery)*

# Pagan & Santeria

## Azure Green
16 Bell Road
Middlefield, MA 01243
TEL (800) 326-0804 (ordering only)
TEL (413) 623-2155
Website: www.AzureGreen.net
**Email: Orders@Azuregreen.com**



**◄Small Sterling Silver Pentagram Pendant.**
5/8"diameter.
Does NOT come with a chain.
**SKU #: JP4516**
**Price: $25.95**

**Small Pewter Pentagram Pendant ►**
**Item Number: JP34**
**Price: $4.95**



**White Ritual Feather►**
Dyed white turkey feathers.
Approx.12" long.
**SKU #: RFWHI Price: $ 1.95 each**



*Inmates identifying with a Pagan path may opt to purchase the Barred Wing Feather listed under Native American Articles above.*

# Pagan & Santeria-cont.



◄ **Celtic Greenman Amulet**
Pewter. 3/4" x 1 1/4"
**Item #: ACGRE**
**Price: $7.95**

**Chains:**
**Silver Plated Brass Figaro Chain 20"**
**Item#: JC20220** **Price: $13.95**

**Light Box Chain 24"**
**Item#: JCBL24** **Price: $27.95**




◄ **Aquarian Tarot**
by Palladini David. Includes an 8-page instructional booklet. 78 cards. Card stack is 5 5/8" x 3" x 1".
**SKU: DAQUARI0TA**
**Price: $20.00**

*Azure Green Shipping & Handling:*
*Orders under $10.00..................Add $5.00*
*Orders $10.01 - $50.00 .............Add $7.00*
*Orders $50.01 and above...........Add $9.00*

## 13 Moons
251 Main Street
Johnson City, NY 13790
TEL (607) 797-1366
Website: www.13moons.com
**Email: info@13moons.com**



◄**White Altar Cloth.** 24" x 24"
Hand-sewn Cotton blend. One-sided cloth, neatly hemmed. **Price $10.25**
*S/H for 13 Moons: $5.50*

## The Silver Dragon
100 Central Street
Warwick, RI 02886
TEL (401) 737-4603
Website: www.thesilverdragonjewelry.com
**Email: Dragonlady@TheSilverDragon.com**

▼**Cute Solar Cross Pendant in Sterling Silver.**
¾" tall. Chain NOT included.



**Item #: P454**
**Price $20.00**
*The Silver Dragon Shipping and Handling: $ 5.15*

## World Tree Publications
PO Box 961
Payson, AZ 85547
TEL (928) 474-1010
Website: www.asatru.org
**Email: wtree@npgcable.com**



◄**Valknut**
**Item #: H-98**
1.25" X 1.25"
**Bronze: $30.00**
**White Bronze: $35.00**
(Note: Item above is similar to the item sold by World Tree Publications)

*World Tree Publications Shipping and Handling: $6.00 flat rate any order.*

## Wiccan Place
16 Bell Road
PO Box 48
Middlefield, MA, 01243
United States
(855) 200-0561
Website: www.wiccanplace.com
Email: sales@wiccanplace.com



◄**Tree of Life amulet**
**PRODUCT # AAMTRE**
**PRICE: $7.95**
Comes with a cord.
Pewter. 1" x 3/4"

# Santeria

**Original Products Corp.**
2486-88 Webster Avenue
Bronx, NY 10458
TEL (718) 367-9589
Website: www.originalbotanica.com
**Email: alan@originalbotanica.com**



**◄Obatala Collar/Necklace-WHITE**
15" Long Necklace
**Price: $3.95**

*Original Products Corp. Shipping and Handling: $2.54 for US First Class Mail*

# Satanic

**Zazzle Inc.**
**1185 Campbell Ave.**
**San Jose, CA 95126**
(888) 892-9953
(408) 983-2800
Support@zazzle.com
**www.zazzle.com**

**Sigil of Baphomet round pendant necklace**
**Price $23.20**
Size: Small
Sterling Silver-Plate.
Charm diameter: 0.75"
Chain length: 18" with 2" extender



# Chains and DOC Approved Vendors

**Chains** for use in conjunction with a religious article only may be ordered from any vendor in this catalog or DOC approved vendors (e.g. **JC Penney and Jack L. Marcus Company**) provided the combined value of the chain ordered from one of these vendors and the medallion (ordered from a vendor in this catalog) combined is under $100.00.

Sacred objects from other vendors are not approved. Inmates may not order sacred objects from the vendors in this catalog other than the objects specifically listed in this catalog.

# Individual Sacred Objects Chart

NOTE: Inmates from faith traditions whose religions are not represented on this chart or who seek additional religious articles may submit a **Religious Accommodation Request Form – Non-Grooming (Attachment 4-G)** to their Facility Chaplaincy Program Director for consideration. Quantities permitted per inmate are noted with each approved article.

Abbreviations:

AC = Administrative Custody
DC = Disciplinary Custody
MHU = Mental Health Unit
PC = Protective Custody
SMU = Special Management Unit
SNU = Special Needs Unit
SSNU = Secure Special Needs Unit
STGMU = Security Threat Group Management Unit

| **MEDALLIONS** Must be worn under shirt. Chain allowed. | **APPROVED ARTICLES. Must be purchased from the Religious Articles Catalog, unless previously approved.** | **General Pop.** | **AC, PC & SNU** | **Capital Case Unit** | **DC, SSNU & MHU** | **SMU & STGMU** | **Permitted in Visiting Room?** | **Permitted in Food Services?** |
|---|---|---|---|---|---|---|---|---|
| **AFRIKAN/ EGYPTIAN** | One (1) Ankh pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **BUDDHIST** | One (1) Buddha pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **CATHOLIC** | One (1) Crucifix **OR** One (1) Cross **OR** One (1) Catholic medal | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **JAIN** | One (1) Jain pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **JEWISH** | One (1) Star of David medallion | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **MUSLIM** | One (1) Allah pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **NATIVE AMERICAN** | One (1) Medicine Bag (3" x 2.5") | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| | One (1) Sacred Prayer Feather | | | | | | | **NO** |
| **ORTHODOX CHRISTIAN** | One (1) Orthodox Cross | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **PAGAN** | One (1) Pentagram or Spiral Goddess pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **PROTESTANT** | One (1) Cross | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |
| **RASTAFARI** | One (1) Lion of Judah pendant | Yes | Yes | Yes | **NO** | **NO** | **NO** | Yes |

| PRAYER BEADS, RUGS or AIDS | APPROVED ARTICLES. Must be purchased from the Religious Articles Catalog, unless previously approved. | General Pop. | AC, PC & SNU | Capital Case Unit | DC, SSNU & MHU | SMU & STGMU | Permitted in Visiting Room? | Permitted in Food Services? |
|---|---|---|---|---|---|---|---|---|
| **ANGLICAN** | One (1) set of Anglican Prayer Beads (white) | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **BUDDHIST** | One (1) set of Mala beads | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **CATHOLIC** | One (1) set of Rosary Beads (white) | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **JEWISH** | One (1) set of Tefillin/Phylacteries<br>One (1) Tallit (white/black) | Yes | Case by case[1] | Yes | **NO** | **NO** | **NO** | **NO** |
| **MUSLIM** | One (1) Prayer Rug (30" x 48")<br>One (1) set Zikr Beads (white) | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **ORTHODOX CHRISTIAN** | One (1) 40 knot Prayer Rope | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **SANTERIA** | One (1) set Obtala Beads (white) | Yes | Yes | Yes | **NO** | **NO** | **NO** | **NO** |
| **RELIGIOUS HEADGEAR** Must fit flush to the head. | **APPROVED ARTICLES which must be purchased from the Religious Articles Catalog** *Quantities per inmate per housing unit status noted in parenthesis at right.* | **General Pop.** | **AC, PC & SNU** | **Capital Case Unit** | **DC, SSNU & MHU** | **SMU & STGMU** | **Permitted in Visiting Room or during transport?** | **Permitted in Food Services?** |
| **JEWISH** | Males: Yarmulkes/Kippah (white) | Yes (2) | Yes(2) | Yes (2) | Yes (1) | Yes (1) | **NO** | Yes+ |
| **MUSLIM** | Males: Kufi (white)<br>Females: Hijab/Kimar up to 45" x 45" (white/beige) | Yes (2) | Yes(2) | Yes (2) | Yes (1) | Yes (1) | **NO** | Yes+ |
| **NATIVE AMERICAN** | Leather Headband | Yes (2) | Yes(2) | Yes (2) | Yes (1) | Yes (1) | **NO** | Yes+ |

[1] Inmates on AC/PC/SNU status may only use Tefillin with supervision only. They are not permitted to possess Tefillin in their cells.

+ Inmates employed in Food Services may wear religious headgear, but the headgear must be kept clean and be completely covered by a hair restraint approved for use in Food Services.

| OTHER DEVOTIONAL ITEMS | APPROVED ARTICLES which must be purchased from the Religious Articles Catalog | General Pop. | AC, PC & SNU | Capital Case Unit | DC, SSNU & MHU | SMU & STGMU | Permitted in Visiting Room? | Permitted in Food Services? |
|---|---|---|---|---|---|---|---|---|
| BUDDHIST | Two (2) Meditation Postcards | Yes | Yes | Yes | Yes | Yes | NO | NO |
| CATHOLIC | One (1) Cloth Scapular | Yes | Yes | Yes | NO | NO | NO | NO |
| PAGAN | One (1) White Altar Cloth (24" x 24") | Yes | Yes | Yes | NO | NO | NO | NO |
| | One (1) Ritual Feather (white) | | | | | | | |
| **RELIGIOUS LITERATURE** | | **General Pop. & SNU** | **AC & PC** | **Capital Case Unit** | **DC, SSNU & MHU** | **SMU & STGMU** | **Permitted in Visiting Room or Food Services?** | **Permitted in Yard?** |
| **Hardback/Leather-bound Book Sacred Text** | | Yes | Yes[2] | Yes [2] | Yes [2] | Yes [2] | NO | As Per Local Facility Rules |
| **Soft Cover Sacred Text** | | Yes | Yes | Yes | Yes | Yes | NO | |
| **Other Religious Books & Pamphlets** | | Yes | Yes | Yes | Yes | Yes | NO | |
| **Religious Library Books** | | Yes | Yes, if soft cover | | Yes, if soft cover | | NO | |
| **Religious Magazines & Devotional Guides** | | Yes | Yes | Yes | Yes Staples removed | Case by case basis | NO | |

[2] In accordance with Policy ***6.5.1, Administration of Security Level 5 Housing Units Section 1 – Administration*** Mail and Incoming Publications, hard bound sacred texts are permitted in L5 housing units; however, the Publication Review Committee may impose a "soft bound only restriction" with reasonable cause, i.e., found contraband, inappropriate use of hard bound book etc. Where sacred texts and other religious literature is available from the Religious Services Department in both soft and hard bound copies, soft bound copies will be provided.

# Communal Sacred Objects Chart

In the context of an approved and supervised religious service or activity, the following sacred objects are permitted in accordance with Department policy DC-ADM 819. All items must be secured in the Religious Services Area when not in use or brought into the institution via a Gate Clearance and then taken from the institution by an approved Faith Group Leader.

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **BUDDHIST** | Communal Meditation | Altar Cloth<br>Brass Bell with Striker<br>Candles in Candle Holders<br>Gohonzon Scroll<br>Incense and Incense Holder/Burner<br>Matches<br>Meditation Cushion (not to exceed 14" in diameter)<br>Prayer Shawl<br>Small Box<br>Statue/Image of the Buddha | All objects may be donated to the Religious Services Department and/or secured with General Funds and/or brought into the facility by the approved Faith Group Leader via a Gate Clearance. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **CHRISTIAN CATHOLIC** | Weekly Mass<br>(continued on next page) | Altar Cloth<br>Altar Linens (Corporal, Pall, Purificator, Finger Towels)<br>Bell<br>Books (Lectionary, Missal, Missalettes)<br>Candles (Mass) in Candle Holders<br>Chalice<br>Charcoal<br>Ciborium (chalice-like vessel with Blessed Sacrament)<br>Communion Wafers<br>Crucifix<br>Cruets<br>Holy Water<br>Incense<br>Matches<br>Monstrance<br>Musical Instruments<br>Patten<br>Sacramental Wine (2 oz. in small container for priest consumption only) | All items, including sacramental wine and wafers, may be brought into the facility by an approved Faith Group Leader via a Gate Clearance, and/or may be donated to the Religious Services Department and/or secured with General Funds. |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **CHRISTIAN CATHOLIC** cont. | Weekly Mass – cont. | Sacramentary<br>Thurible (metal censer)<br>Vestments | All items, including sacramental wine and wafers, may be brought into the facility by an approved Faith Group Leader via a Gate Clearance, and/or may be donated to the Religious Services Department and/or secured with General Funds. |
| | Advent and Christmas | Advent Wreath<br>Candles and Matches<br>Christmas Tree<br>Nativity Set | |
| | Lent and Easter | Ashes (in a container for Ash Wednesday)<br>Books (Ritual)<br>Cross (3 foot wooden for Good Friday)<br>Candle (Large Easter Candle)<br>Oil (Chrism)<br>Palm Leaves (Palm Sunday)<br>Stations of the Cross | |
| | Baptism of New Catholics | Basin<br>Books (Ritual)<br>Oil of Catechumens<br>Oil (Chrism Oil in a plastic see-through container)<br>Water Pitcher | |
| | Confirmation | Oil (Chrism Oil in a plastic see-through container) | |
| | Anointing of the Sick | Oil (in a plastic see-through container) | |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **CHRISTIAN ORTHODOX** | Orthodox Priest visiting an inmate in Visiting Room | Holy Icons (usu. on a wood board/cardboard)<br>Holy Water (in a small container)<br>Liturgical Vestments (worn by priest)<br>Prayer Rope (small)<br>Skufya (a woolen cap worn by monastics)<br>Wood or metal hand cross (circa 5") on a chain (usu. with an Icon Medallion) | Items may be brought into the Visiting Room/facility by the approved Faith Group Leader via a Gate Clearance. |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **CHRISTIAN ORTHODOX** cont. | Orthodox Communion | Censor<br>Communion Cloth (20" square)<br>Holy Water (in a small container)<br>Incense<br>Pix (small brass box contained in larger brass box, circa 2" x 3" x 4")<br>Prayer Books<br>Prosphoron ("Pre-sanctified" communion bread, usu. ¼ inch dry bread cube, on which a drop of sacramental wine has been dried)<br>Spoon (ritual spoon in a cloth/leather bag)<br>Stole (clerical garb worn around neck) | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance. |
| | Holy Unction | Anointing Oil (in a plastic see-through container) | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **CHRISTIAN PROTESTANT** | Worship Services | Candle Holders<br>Candles and Matches<br>Cross<br>Hymn Books<br>Musical Instruments<br>Vestments | All items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance, and/or may be donated and/or secured with General Funds. Baptistery may be donated with shipping costs paid by General Funds. Large tub/ whirlpool may be borrowed from medical. |
| | Communion Services | Altar Ware (to hold wafers and cups)<br>Communion Wafers (or bread or crackers)<br>Grape Juice | |
| | Advent and Christmas | Advent Wreath<br>Candles and Matches<br>Christmas Tree | |
| | Lent and Easter | Ashes (in a small container for Ash Wednesday)<br>Palm Leaves (Palm Sunday) | |
| | Anointing of the Sick | Anointing Oil (in a plastic see-through container) | |
| | Baptism | Baptistery/Large tub (baptism by immersion)<br>Basin (for baptism by sprinkling/pouring)<br>Towels<br>Water Pitcher (for baptism by sprinkling/pouring) | |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **JEHOVAH'S WITNESSES** | Weekly Gatherings | Awake publications<br>Watchtower publications | All items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance and/or may be donated to the Religious Services Department |
| | Annual Memorial Service | Congregational sheet music<br>Sacramental Unleavened bread (in a sealed plastic see-through bag)<br>Sacramental Wine (2 oz. in a sealed plastic see-through container)<br>Standard pre-recorded music on a CD/cassette | |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **JEWISH** | Weekly Sabbath or Prayer Service and Holy Day of Shavuot | Candles, Candle Holders and Matches<br>DVD's (religious)<br>Kosher Grape Juice<br>Matzah<br>Prayer Books<br>Prayer Phylacteries/Tefillin<br>Prayer Shawls/Tallits<br>Yarmulkes/Kippahs | All items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance and/or may be donated to the Religious Services Department and/or secured with General Funds. |
| | Rosh Hashanah | Shofar (ram's horn) | |
| | Daily Prayer | Prayer Phylacteries/Tefillin<br>Prayer Shawls/Tallits<br>Yarmulkes/Kippahs | |
| | Sukkot | Palm, Myrtle and Willow branches<br>Portable Sukkah<br>Sacramental Citron (similar to a lemon) | |
| | Hanukah | Electric Menorah **OR** Menorah with Candles (candles may be lit only during supervised activities) | |
| | Purim | Book of Esther (written on "Megillah" scroll) | |
| | Passover | Ceremonial Seder plate<br>Charoset (nuts, apple, cinnamon mixture)<br>Haggadah Prayer Books<br>Karpas (green vegetable)<br>Maror (bitter herbs)<br>Roasted Egg<br>Roasted Shank Bone | Food items for inmate consumption must be purchased and prepared by Food Services.<br>Items not for inmate consumption may be brought into the facility by an approved Faith Group Leader via a Gate Clearance. |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **MOORISH SCIENCE*** | Moorish Science weekly gathering | Picture of Noble Drew Ali<br>Moorish Science Flag | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance and/or may be donated and/or secured with General Funds. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **MORMON*** | Mormon Communion | Bread<br>Water | Piece of bread and water to be provided by Food Service. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **MUSLIM** | Jum'ah | Scented Oil (in a squeeze bottle with a small drop placed on hands of inmates upon entering **OR** leaving the Religious Services Area)<br>Vestments for Imam | Oil may be donated and/or secured with General Funds. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **NATION OF ISLAM*** | Nation of Islam Weekly Gathering | NOI Flag | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance or may be donated or secured with General Funds. |
| **RELIGION** | **RELIGIOUS OBSERVANCE** | **SACRAMENTAL ARTICLES** | **HOW OBTAINED** |
| **NATIVE AMERICAN** | Communal Smudging | Cedar<br>Cloth Bag for Sacred Herbs<br>Fanning Feather/Wings<br>Large Seashell<br>Matches<br>Prayer Feather<br>Sage<br>Sweet Grass | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance and/or may be donated and/or secured with General Funds. |
| | Communal Ceremony | Abalone Shell<br>Animal Skull (e.g. buffalo)<br>Animal Tooth Necklace<br>Candle<br>Ceremonial Drum(s)<br>Ceremonial Rug or Blanket or Animal Skin (on which sacred items are placed)<br>Cloths (for each of four directions) | |

| RELIGION | RELIGIOUS OBSERVANCE | SACRAMENTAL ARTICLES | HOW OBTAINED |
|---|---|---|---|
| **NATIVE AMERICAN** cont. | Communal Ceremony cont. | Dance regalia<br>Drumsticks<br>Eagle Bone Whistle<br>Fanning Feathers/Wings<br>Flute (ceremonial)<br>Gourd Rattle<br>Hawk Whistle<br>Leather Leg Band with Bells<br>Prayer Feather<br>Talking/Prayer Stick (on which tobacco ties and prayer flags may be tied) | Items may be brought into the facility by an approved Faith Group Leader via a Gate Clearance and/or may be donated and/or secured with General Funds. |
| | Sacred Pipe Ceremony (only in the presence of a Native American Chaplain) | Knick-knick (a mixture of non-tobacco herbs)<br>Pipe Bag<br>Prayer Bowl<br>Prayer Pipe<br>Sacred Tobacco<br>Shell (usu.an Abalone shell or a clay dish) | |

*For facilities where there has been a long-standing past practice of accommodating inmates identifying with these faith groups only.

## Section 4 – Religious Accommodations

### A. General

1. Least Restrictive Means

   Within security and budgetary limitations and in light of available resources, the Department seeks to accommodate the sincerely held religious beliefs of every inmate. In accommodating religious beliefs, the Department will use the least restrictive means necessary, provided they do not interfere with security priorities and with the normal operation of each facility.

2. Holy Day Observances

   a. The Bureau of Treatment Services (BTS) will inform each facility how holy days will be accommodated for respective faith groups each year.

   b. Facility Chaplaincy Program Directors (FCPDs)/designees will announce these holy day observances to the inmate population by these three means:

      (1) posters/memos on inmate and Religious Service Department bulletin boards;

      (2) written announcements on the institutional channel; and

      (3) verbal announcements at faith group gatherings.

   c. Inmates seeking to be accommodated with holy day observances not already accommodated must request such via the religious accommodation process as outlined below.

3. Religious Accommodation Request

   a. An inmate seeking an accommodation must submit the appropriate request form to his/her FCPD in order for the request to be considered.

      (1) A **Religious Accommodation Request Form (Attachment 4-A)** is to be utilized by individual inmates who seek an accommodation not already accommodated in his/her institution (e.g. a holy day observance, a separate service, adding a sacred article to the **Religious Articles Catalog**, etc.) and which does NOT relate to a request for an individual religious diet.

      (2) A **Religious Diet Request Form (Attachment 4-B)** is to be used by inmates seeking to be accommodated with a religious diet.

   b. Within five working days of receiving a **Religious Accommodation/Diet Request Form** the FCPD/designee will sign and date the form and return a copy to the inmate.

## B. Grooming Concerns

1. Inmates whose faith traditions direct the cutting of their hair/beard as an expression of mourning will be permitted to have their hair/beard cut provided the inmate:

   a. allows the hair/beard to be discarded by the facility; or

   b. pays, at his/her expense, for his/her hair/beard to be sent out of the facility for disposition.

2. At no time is hair/beard that has been cut to be burned or buried on facility grounds.

## C. Non-Dietary Religious Accommodation Requests

1. Schedule an Interview

   Within 15 working days of receipt of a **Religious Accommodation Request Form**, the FCPD or a Facility Chaplain designated by the FCPD, shall formally interview the inmate to clarify the inmate's request and assess if the inmate possesses a sincerely held religious belief. Failure on the part of the inmate to appear for an interview after two attempts will result in the FCPD returning the accommodation to the inmate unprocessed. FCPDs/Facility Chaplains may use the **Interview Guide - Religious Accommodation Requests (Attachment 4-C)** to assist them in evaluating accommodation requests.

2. Issues to Consider

   When reviewing an inmate's accommodation request, the FCPD/Facility Chaplain will:

   a. explore the least restrictive means to accommodate the request;

   b. weigh the potential impact granting this request will have on security or any other programs. For example, does the accommodation requested involve:

      (1) practices that could be used to intimidate others, gain psychological control of others, or put an inmate in a leadership position over another inmate?

      (2) items which pose a fire hazard?

      (3) scents which could mask illegal substances?

      (4) objects that could easily be manipulated to become instruments to harm oneself or others?

   c. review available materials about the religion;

   d. consult an appropriate faith group leader and BTS (as applicable);

e. review any evidence that demonstrates sincerity or lack thereof on the part of the inmate;

f. discern whether resources (e.g. an outside faith group leader or volunteer, space, supervisory staff, materials, etc.) are available to accommodate the request;

g. determine whether a medical condition exists that raises questions about an inmate's health being compromised if the request was accommodated;

h. calculate the cost of allocating resources to accommodate this request; and

i. explore other alternatives to accommodate the inmate's request which do not compromise security and the security of the institution.

3. FCPD Summary

Following the interview, the FCPD shall fill out the **Religious Accommodation Evaluation Form (Attachment 4-D)**, summarizing the specific request(s) the inmate is making, and providing a rationale for recommending approving/denying the accommodation.

4. Circulation of Materials

The FCPD will circulate the **Religious Accommodation Evaluation Form, Religious Accommodation Request Form**, and any other attachments to the Corrections Classification Program Manager (CCPM), Corrections Food Services Manager (CFSM) (as applicable), Major of the Guard, Deputy Superintendent for Centralized Services (DSCS), Deputy Superintendent for Facilities Management (DSFM), and Facility Manager. Requests should only be routed to the CFSM when accommodation requests are diet-related.

5. Staff Notations on Evaluation Form

Each staff member will initial and date the evaluation form and note whether he/she recommends approval or disapproval of the requested accommodation. A staff person disagreeing with the FCPD's recommendation must state in writing the reason why he/she disagrees with the recommendation.

6. Forward to BTS

Within 20 working days of the FCPD's interview of the inmate, the FCPD shall forward the fully processed **Religious Accommodation Evaluation Form** and any attachments to the BTS designee.

7. Religious Accommodation Review Committee (RARC)

Within 30 working days of BTS receipt of the inmate's accommodation packet, the accommodation will be reviewed by the RARC.

a. If the RARC agrees on a recommendation, the BTS designee will prepare a formal recommendation for review by the BTS Director/designee.

b. If the RARC elects to table a decision for further review, the BTS designee will inform the institution of the delay and approximately when a response can be expected.

8. Regional Deputy Secretary (RDS) Review and Decision

Within 15 working days of the RARC meeting, the BTS Director/designee will send a formal recommendation to the RDS. Within ten working days of receipt of the BTS recommendation, the RDS will decide whether to grant or disapprove the request.

9. BTS Notification of Decision

Within 15 working days of receipt of the RDS decision, BTS will notify the institution of the RDS decision.

10. Inmate Notification

Within ten working days of receipt of the BTS notification, institutional staff shall provide the inmate with a copy of the RDS decision.

11. No Group Requests

Religious accommodation requests on behalf of a group of inmates are not accepted. Each inmate requesting a religious accommodation must submit an individual **Religious Accommodation Request Form** to his/her FCPD. The FCPD will return requests on behalf of a group of inmates back to the inmate(s) unprocessed.

12. Identical or Similar Requests

Inmates who submit identical or similar requests may be interviewed as a group. The FCPD may prepare one **Religious Accommodation Evaluation Form** to address identical or similar requests. The FCPD will note on the **Religious Accommodation Evaluation Form** a list of all inmates making an identical or similar request. The FCPD will provide BTS with each individual **Religious Accommodation Request Form.**

13. Resubmission of a Denied Request

Denied requests are ineligible for reconsideration for one year after notification of the original denied request. In such cases, the FCPD will return the request to the inmate

informing him/her when he/she is eligible to resubmit the same/similar accommodation request which was previously denied for reconsideration.

## D. Religious Diet Request Process[1]

In addition to the balanced diet of foods provided by the Department, the Department seeks to accommodate the sincerely held religious beliefs of inmates as it relates to their religious dietary requirements.

1. **Religious Diet Request Form**

   An inmate seeking to be accommodated with a religious diet must submit a **Religious Diet Request Form** to his/her FCPD.

2. Schedule an Interview

   Within 15 working days of receipt of a **Religious Diet Request Form**, the FCPD or a Facility Chaplain designated by the FCPD shall formally interview the inmate to clarify the inmate's request and assess if the inmate possesses a sincerely held religious belief. FCPDs shall use the **Interview Guide - Religious Diet Requests (Attachment 4-E)** to assist them in evaluating diet requests.

3. Religious Diets in the Department

   An FCPD who receives a **Religious Diet Request Form** shall give the requesting inmate the following resources:

   a. **Religious Diet Options (Attachment 4-F)**; and

   b. **Religious Diet Rules (Attachment 4-G).**

4. Issues to Consider

   When reviewing the inmate's diet request, the FCPD/Facility Chaplain will inquire about the following:

   a. Was the inmate previously approved for a Religious Diet(s)? If so, which one(s), when, and for what reason(s)?

   b. What specific foods does the inmate's religion, as he/she understands it, prohibit him/her from eating and why?

   c. What is the inmate doing now, without an accommodation, to observe religious dietary laws as he/she understands them?

[1] 4-4319

d. Why does the inmate claim that his/her religious dietary needs cannot be met through Mainline or the Alternative Protein (AP) Menu Option?

e. If the inmate seeks a diet option other than one provided by the Department, what foods does the inmate's religion permit him/her to eat?

f. If the inmate is requesting a religious diet other than the diet options offered by the Department, why can the inmate's dietary needs not be met by either the Kosher, No Animal Products, and Nation of Islam (NOI)/Muhammad's Temple of Islam (MTI) Diets?

5. Therapeutic Diets

The FCPD shall note on the **Religious Diet Evaluation Form (Attachment 4-H)** whether or not the inmate is currently on a therapeutic diet, and if, according to the Medical Department, approving the inmate for the religious diet requested will potentially interfere with any health condition or regiment of medicine the inmate receives.

6. Release from Responsibility for Medical Treatment

If the inmate is currently receiving a therapeutic diet, the inmate shall be informed that he/she MUST sign a **DC-462, Release from Responsibility for Medical Treatment**, stating that he/she releases the institution from legal responsibility for any ill effects which may result in his/her refusal to continue with a medically prescribed therapeutic diet.

7. NOI/MTI Diet

If the inmate is requesting the NOI/MTI diet, the FCPD will inform the inmate that if the inmate is approved for this, the inmate:

a. is required to review with a health care practitioner (physician, Certified Registered Nurse Practitioner [CRNP], or Physician's Assistant [PA]), the potential health consequences that can result from following the NOI/MTI diet; and

b. is required to sign a **DC-462F, Release from Responsibility for Dietary Deficiencies** before this diet commences.

8. Approval Process

The FCPD will circulate the **Religious Diet Evaluation Form**, **Religious Diet Request Form**, and any other attachments to the DSCS for review.

a. The DSCS will initial and date the evaluation form and note whether he/she recommends approval or disapproval of the requested accommodation. A DSCS who disagrees with the FCPD's recommendation must state in writing the reason why he/she disagrees with the recommendation.

b. Tracking Tool

The FCPD may make use of the **Religious Diet Tracking Tool (Attachment 4-I)** to assist in the tracking of process of requests for and revocations of religious diets.

c. Forward to BTS and Unit Management System (UMS) Notation

Within 20 working days of the FCPD's interview with the inmate, the FCPD shall forward the fully processed **Religious Diet Evaluation Form** and any attachments to the BTS designee. At this time the FCPD will note in the UMS that the respective diet request is Pending Approval. Pending Approval means that the inmate has applied for a religious diet. The inmate is not to receive the religious diet until formal approval has been secured by BTS.

9. Review by the RARC

Within 30 working days of BTS receipt of the inmate's accommodation packet, the accommodation shall be reviewed by the RARC.

a. If the RARC agrees on a recommendation, the BTS designee will prepare a formal recommendation for review by the BTS Director/designee.

b. If the RARC elects to table a decision for further review, the BTS designee will inform the institution of the delay and approximately when a response can be expected.

10. BTS Director/designee Review and Decision

Within 15 working days of the RARC meeting, the BTS Director/designee shall decide whether to grant or disapprove the request.

11. BTS Notification of Decision

Within 15 working days of the BTS Director/designee decision, BTS shall notify the institution of the decision.

12. Inmate Notification of Decision

Within ten working days of receiving the BTS decision, institutional staff shall provide the inmate with a copy of the BTS Director/designee decision.

13. Resubmission of a Denied Request

If an inmate had, within the past six months, submitted a **Religious Diet Request Form** and was denied that diet request, he/she may not request the same diet until six months from the time he/she received notice that the request was denied by the BTS Director/designee. In such cases, the FCPD will return the request to the inmate

informing him/her when he/she is eligible to reapply for the same diet for which he/she was previously denied.

**E. Religious Diet Approvals**

Within ten working days of receiving notification from BTS that an inmate has been approved for a religious diet, the FCPD shall follow the process below:

1. Religious Diet Instead of a Therapeutic Diet ONLY

   a. If the inmate is currently receiving a therapeutic diet, the inmate must sign a **DC-462** in order to forgo his/her therapeutic diet for the approved religious diet. As inmates sign the **DC-462** electronically, the inmate should be instructed to inform the FCPD when he/she has signed this form, and the FCPD shall confirm this with Medical before continuing to process the diet approval.

   b. An inmate on a therapeutic diet who does not sign the **DC-462** within 15 working days of being notified of a religious diet approval shall be informed that he/she is denied the diet. The FCPD will note this on the **Religious Diet Memo of Understanding (Attachment 4-J)**, make an Inmate Cumulative Adjustment Record (ICAR) entry, and send a copy to applicable staff.

2. NOI/MTI Diet Approvals ONLY

   a. Upon receipt of an approval letter from the BTS Director/designee, the FCPD shall inform the inmate within ten working days that he/she has been conditionally approved for the NOI/MTI diet, pending receipt of the **DC-462F** (and **DC-462**, as applicable);

   b. The inmate shall be informed by the FCPD that he/she is required to:

      (1) review with a health care practitioner (physician, CRNP, or PA), the potential health consequences that can result from following the NOI/MTI diet; and

      (2) sign the **DC-462F** before this diet commences.

   c. The FCPD will notify the Corrections Health Care Administrator (CHCA)/designee to have a health care practitioner review the potential health consequences of following the NOI/MTI diet with the inmate and to have the inmate complete the **DC-462F**.

   d. A health care practitioner shall review the NOI/MTI diet with the inmate who will be required to sign the **DC-462F** form in the electronic health record. If the inmate does not sign a **DC-462F** within 15 working days of being notified of a religious diet approval, the FCPD will note this on the **Religious Diet Memo of Understanding**, make an ICAR entry, and send a copy to applicable staff. The NOI/MTI diet shall then be denied.

e. After the **DC-462F** has been signed, the health care practitioner shall update the Problem List in the electronic health record to indicate the inmate will be following the NOI/MTI diet. A copy of the **DC-462F** signed by the inmate shall be forwarded to the FCPD by the Medical Records Department/designee.

f. If the inmate relinquishes the NOI/MTI diet voluntarily or is involuntarily revoked from the diet, the FCPD shall inform the Medical Department (CHCA or designee) by providing a copy of the **Religious Diet Revocation Letter (Attachment 4-K).**

g. The **Religious Diet Revocation Letter** shall be uploaded to the electronic health record for review by a medical practitioner who will update the Problem List to indicate the inmate is no longer on the NOI/MTI diet.

h. If an inmate approved for an NOI/MTI diet is currently receiving a therapeutic diet, the inmate will also have to sign a **DC-462**, stating that he/she releases the institution from legal responsibility for any ill effects which may result from his/her refusal to continue with a medically prescribed therapeutic diet. Failure on the part of the inmate to sign the **DC-462** shall result in the inmate being disapproved for that diet.

3. Standard Religious Diet Approvals

a. All approved religious diets shall be documented on the **Religious Diet Memo of Understanding.** The FCPD will consult with the CFSM to determine when the respective religious diet accommodation will commence and note this date on the **Religious Diet Memo of Understanding.** The diet must commence within ten working days of when the facility received the approval decision.

b. The FCPD will ask the inmate to sign the **Religious Diet Memo of Understanding.** If an inmate refuses to sign the **Religious Diet Memo of Understanding**, the Department will understand that the inmate no longer wishes to pursue this diet and the diet status in UMS shall be changed from Approved to Disapproved.

c. The FCPD shall make an ICAR entry, complete the bottom half of the **Religious Diet Memo of Understanding**, and send it to all applicable staff.

4. FCPD Checklist for Approvals. The FCPD shall:

a. provide the inmate with:

(1) a copy of the final decision letter signed by the BTS Director/designee;

(2) a copy of the signed **Religious Diet Memo of Understanding**; and

(3) (optional as per the institution) a **Religious Diet Accommodation Card (Attachment 4-L)** in exchange for the inmate signing a **Religious Diet Memo of Understanding.**

b. provide the CFSM, Correctional Counselor, Inmate Records, and BTS with a copy of the signed **Religious Diet Memo of Understanding.** The FCPD shall also keep a copy of this memo for his/her files;

c. enter the Diet Approval in the UMS; and

d. make an ICAR entry.

**F. Religious Diet Denials**

1. Letter signed by the BTS Director/designee

An inmate denied a religious diet by the BTS Director/designee shall receive a copy of the BTS Director/designee decision within ten working days of the receipt of the decision. Because the inmate has 15 working days to grieve a decision, UMS should be updated with note of denial after 15 working days have passed.

2. May Reapply in Six Months

An inmate who has been denied a religious diet may not reapply for consideration for the same religious diet until six months after the date noted on the BTS Director/designee decision, provided he/she is able to more clearly demonstrate the sincerity of his/her faith.

**G. Religious Diet Revocations**

There are three ways a religious diet can be revoked.

1. Voluntary Surrender

a. An inmate, who elects to voluntarily stop receiving an approved religious diet, must notify the FCPD via a **DC-135A, Inmate's Request to Staff Member.**

b. Voluntary Surrender of Religious Diet

For all inmate-initiated decisions to voluntarily relinquish a religious diet, the FCPD will have the inmate sign **PART A.** Voluntary Surrender of Religious Diet on the **Religious Diet Revocation Letter.**

c. Surrender Diet Card

The inmate will surrender his/her **Religious Diet Accommodation Card** (if issued by an institution) to the FCPD who will shred the card. An inmate who refuses to surrender the card will be subject to inmate discipline in accordance with Department policy **DC-ADM 801, "Inmate Discipline."**

d. Circulate **Religious Diet Revocation Letter**

The FCPD will send a copy of the **Religious Diet Revocation Letter** to the CFSM, Unit Manager (UM), Correctional Counselor, BTS designee, and the inmate. If the inmate is relinquishing a NOI/MTI diet, the FCPD will also send a copy of the **Religious Diet Revocation Letter** to the CHCA/designee.

e. Diet Ceases

Upon receipt of the **Religious Diet Revocation Letter** by Food Services, the preparation of this religious diet accommodation by Food Services will cease.

f. UMS Entry

The FCPD will change the religious diet entry in the UMS from Approved to $1^{st}/2^{nd}/3^{rd}$ Revocation within ten working days of the circulation of the **Religious Diet Revocation Letter**.

g. Waiting Time after Diet Revocation

The inmate must wait six months from the time he/she voluntarily signed a **Religious Diet Revocation Letter** to again request the same diet.

2. Failure to Notify Continue Diet

a. Transfers

An inmate receiving a religious diet who is transferred to a new facility, who fails to notify the FCPD in writing that he/she desires to continue the religious diet, within 30 working days of his/her arrival to his/her new facility, surrenders the religious diet.

b. Failure to Notify to Continue Diet

FCPDs shall complete **PART B.** Failure to Notify to Continue Diet on the **Religious Diet Revocation Letter.**

c. Circulate **Religious Diet Revocation Letter**

The FCPD will send a copy of the **Religious Diet Revocation Letter** to the CFSM, UM, Correctional Counselor, BTS designee, and the inmate. If the inmate is relinquishing a NOI/MTI diet, the FCPD will also send a copy of the **Religious Diet Revocation Letter** to the CHCA/designee.

d. Diet Ceases

Upon receipt of the **Religious Diet Revocation Letter** by Food Services, the preparation of this religious diet accommodation by Food Services will cease.

e. UMS Entry

The FCPD will change the religious diet entry in the UMS from Approved to 1st/2nd/3rd Revocation within ten working days of the circulation of the **Religious Diet Revocation Letter.**

f. Waiting Time after Diet Revocation

The inmate must wait six months from the time his/her diet was revoked due to failure to notify to again request the same diet.

3. Involuntary Revocations

a. Religious Diet Non-Compliance Warning

An inmate who is not compliant with the rules concerning religious diet participation shall be sent a **Religious Diet Non-Compliance Warning (Attachment 4-M)** by the FCPD. The **Religious Diet Non-Compliance Warning** shall serve as notice that the inmate was counseled and that any further non-compliance with the religious diet will result in the involuntary revocation of the inmate's religious diet accommodation.

b. Non-Compliant After Warning

If, after receiving a **Religious Diet Non-Compliance Warning**, the inmate is again non-compliant with the rules concerning religious diets, the FCPD shall complete and circulate a **Religious Diet Non-Compliance Evaluation (Attachment 4-N)** to the DSCS. After signing and dating this evaluation, the evaluation shall be returned by the DSCS to the FCPD.

(1) Consensus

If there is agreement between the FCPD and DSCS to revoke the diet for bona fide objective reasons, then the preparation of this religious diet accommodation by Food Services will cease. The FCPD will complete **PART C.** Involuntary Revocation of the **Religious Diet Revocation Letter** and send this to the inmate with a copy to applicable staff noted on the letter within ten working days. If an inmate's NOI/MTI diet is being revoked, the FCPD will also send a copy of the **Religious Diet Revocation Letter** to the CHCA/designee.

(2) Non-Consensus or Non-Objective Reason

If the DSCS is not in agreement to involuntarily revoke the religious diet, then the **Religious Diet Non-Compliance Evaluation** will be forwarded to the BTS for disposition. The Revocation will be processed by RARC and a decision made by the BTS Director/designee.

c. Surrender Diet Card

Inmates who have had their religious diet revoked will surrender their **Religious Diet Accommodation Card** (if issued by an institution) to the FCPD who will shred the card. An inmate who refuses to surrender the card will be subject to discipline in accordance with Department policy **DC-ADM 801.**

d. **Religious Diet Revocation Letter**

The FCPD will send a copy of the **Religious Diet Revocation Letter** to the staff noted on **PART C.** Involuntary Revocation. If the inmate is relinquishing a NOI/MTI diet, the FCPD will also send a copy of the **Religious Diet Revocation Letter** to the CHCA/designee.

e. Diet Ceases

Upon receipt of the **Religious Diet Revocation Letter** by Food Services, the preparation of this religious diet accommodation by Food Services will cease.

f. UMS Entry

The FCPD will change the religious diet entry in the UMS from Approved to 1st/2nd/3rd Revocation within ten working days of the circulation of the **Religious Diet Revocation Letter.**

g. Waiting Time after Diet Revocation

The inmate must wait six months from the time his/her diet was involuntarily revoked to again request the same diet.

4. Three Revocations and Done

Inmates removed voluntarily or involuntarily from the same religious diet three times during an uninterrupted incarceration period shall not be approved for future requests for the same religious diet.

5. Alternate Meal Service Implications

   a. An inmate accommodated with a religious diet or some other religious dietary accommodation (e.g. special fast bags, ceremonial meal, etc.) who, by his/her misconduct has been placed on Alternative Meal Service (see Department policy **DC-ADM 610, "Food Services," Section 3**) will have his/her religious diet accommodation suspended for the duration of time that he/she is prescribed Alternative Meal Service due to behavioral issues.

   b. When the inmate has been removed from Alternative Meal Service, he/she will automatically resume receiving the religious diet for which he/she was previously approved, unless the inmate has indicated a desire to voluntarily relinquish that diet.

   c. The CFSM/designee will inform the FCPD when an inmate on a religious diet or some other religious dietary accommodation has been placed on and taken off the Alternative Meal Service.

6. Religious Diet Recordkeeping

   a. In consultation with the CFSM, the FCPD shall maintain a current list of inmates receiving religious diets.

   b. BTS will track which inmates were approved for and denied a religious diet as well as diet revocations.

## H. Other Accommodations

1. Touching or Handling Pork

   a. Inmates who feel they are prohibited from touching pork while working in Food Services shall be offered the opportunity to wear gloves to prevent contact with pork. If the inmate accepts this accommodation, no additional accommodation is necessary.

   b. Inmates who feel they are prohibited from touching and handling pork, and for whom wearing gloves is not acceptable, may be offered by the CFSM to work in another job in Food Services, if available, that does not require the handling of pork, or will be presented with the option of voluntarily resigning from working in Food Services. It is up to the inmate to locate another job in the institution.

2. Commissary Additions

   a. The RARC will not entertain the addition of religious-related food/cleaning items (e.g. natural soaps, sacred water, etc.) to commissary.

b. Inmates wishing for items to be added to Commissary shall follow the procedures outlined in Department policy **DC-ADM 815, "Personal Property, State Issued Items, and Commissary/Outside Purchases."**

3. Work Proscription

a. The Department accommodates inmates with work proscription as outlined in specific holy day memos originating with the BTS. In accordance with Department policy **DC-ADM 816, "Inmate Compensation,"** there will be no pay for time absent from a work assignment for any religious services, meetings, or holy day observances.

b. Inmate requests to be excused from work without pay for holy days not already addressed in BTS memos will be at the discretion of the inmate's work supervisor in light of the need for the security of the institution. Inmate work supervisors will evaluate each request in light of the number of scheduled inmate workers needed to address essential institutional and work-related needs and functions; on visits; in transport; and on sick call/medical leave.

c. Inmates approved for work proscription via a religious accommodation or via a holy day memo issued by the BTS, shall remain in their cells or dormitory area on the determined day(s), and further refrain from all non-mandated activities. When directed by staff, inmates may leave their cells or dormitory areas to accomplish routine facility practices such as showers and meals.

d. Inmates who seek to be excused, for religious reasons, from working on a recurring day of the week, will be directed to seek employment opportunities at the prison which do not necessitate working on the day the inmate considers a holy day.

e. Requests by inmates, for religious reasons, to clean their cells on a day other than the day as designated as such by his/her respective unit, will be referred to Unit Management staff for disposition.

**I. Accommodation Recordkeeping**

1. The FCPD will maintain organized files containing all documentation surrounding inmate accommodation requests which originated at that facility for a minimum of five years. After five years, these documents can be purged.

2. BTS will maintain organized files containing all documentation surrounding inmate accommodation requests which were submitted to BTS for a minimum of five years. After five years, these documents can be purged.

**J. Bureau of Treatment Services Responsibilities**

1. BTS will record the date each **Religious Accommodation/Diet Request Form/ Revocation** notification and related attachments are received.

2. The BTS Director/designee shall ensure that the RARC:

    a. meets monthly, or as needed, to review and recommend whether requests should be accommodated;

    b. maintains consistency throughout the Department; and

    c. consults with representatives of various religions and Department staff, when necessary, to evaluate each request.

3. The BTS Director/designee, shall serve as the chairperson of the RARC.

4. The BTS Director/designee, shall review each accommodation request in light of the facility recommendations and review recommended decisions with Central Office Security and the Chief of Food Services Division (as needed).

5. The Office of Chief Counsel shall designate an attorney to review recommendations made by the RARC.

6. The BTS Director/designee shall maintain and file all copies of final **Religious Accommodation/Diet Request** decisions and shall, in an abbreviated fashion, and as requested, inform the Secretary and Deputy Secretaries of all final decisions.

# Religious Accommodation Request Form

Each inmate seeking a religious accommodation – other than a Religious Diet - must submit a **Religious Accommodation Request Form** in order for the request to be considered. Requests on behalf of a group of inmates are not accepted. Identical requests may be grouped by the FCPD who may prepare one response. To request a Religious Diet, complete a **Religious Diet Request Form (4-B)**

| | | | |
|---|---|---|---|
| LAST Name: | FIRST Name: | DOC #: | SCI: |
| Name of Religion: | Housing Unit: | DC inmate? (circle) Yes No<br>AC inmate? (circle) Yes No | |

**A.** Which accommodation are you seeking for religious reasons? (check all that apply)

☐Holy Day Accommodation ☐Separate Group Meeting ☐Religious Article ☐Other

**B.** Summarize the accommodation you are requesting.

**C.** Explain the key teachings and practices of your faith that prompt this request.

**D.** Describe how you practice your faith in prison.

**E.** List any religious book references/sources and attach any additional documentation or explanations which support your request.

| | |
|---|---|
| Inmate Signature: | ______/_____/ 20_____<br>Date request prepared by inmate |
| FCPD Signature: | ______/_____/ 20_____<br>Date request rec'd by FCPD |

____/____/20____ ___________Inmate sent a copy of this form so he/she knows request was received.
Date FCPD Initials

# Religious Diet Request Form

| LAST Name: | FIRST Name: | DOC #: |
|---|---|---|
| Name of Religion: | | SCI: |

**A.** With which religious diet are you seeking to be accommodated?
☐ Kosher Diet ☐ No Animal Products Diet ☐ NOI/MTI Diet ☐ Other Religious Diet

**B.** Have you previously been approved for a Religious Diet? ☐ YES ☐ NO If YES, explain.

**C.** Explain why your dietary needs cannot be met through Mainline or the Alternative Protein Source Entrée (AP).

**D.** ONLY if you checked Other Religious Diet *(under A. above),* explain why your religious dietary needs cannot be met through the following listed below. Otherwise leave blank and go to E.

1. Kosher Diet:

2. No Animal Products Diet:

3. NOI/MTI Diet:

And explain what foods your religion permits/mandates you to eat.

**E.** Name the specific foods your religion prohibits you from eating and why.

**F.** Explain what you are doing now, without an accommodation, to follow religious dietary laws.

**G.** Are you approved for a Therapeutic Diet? ☐ YES ☐ NO If NO, skip to H.
If YES, Diet Name:

**H.** List any religious texts/leaders the DOC can consult to better understand the religious diet requested and or any additional information.

| | |
|---|---|
| Inmate Signature: | ______/_____/ 20_____<br>Date request prepared by inmate |
| FCPD Signature: | ______/_____/ 20_____<br>Date request rec'd by FCPD |

____/____/20____ ___________ Inmate sent a copy of this form so he/she knows request was received.
Date FCPD Initials

# Religious Diet Options

Inmates seeking a religious diet MUST submit a **Religious Diet Request Form** to their Facility Chaplaincy Program Director. The Department offers the following three diet accommodations:

**A. No Animal Products Diet (NAPD)**

1. The food items on the NAPD are free from all animal flesh and any animal-derived food sources or by-products (e.g. meat, milk, dairy/cheese, egg, fish, or food items containing meat and/or other animal-derived food sources).
2. The items on the NAPD are not kosher.
3. Entrees on the NAPD are the same as the AP Entrées being offered as an option on the Regular Mainline Menu.
4. Soy milk is served at breakfast on the NAPD.
5. Food items such as macaroni salad and potato salad are made with a vinaigrette dressing or served plain on the NAPD, since mayonnaise contains eggs.
6. Most of the desserts on the NAPD are either fresh or canned fruit since a majority of the other desserts, such as ice cream, baked goods, and puddings, contain eggs and/or milk.

**B. Kosher Bag Diet Meals**

1. The food items served on the Kosher Diet are kosher.
2. The Kosher Diet menu typically consists of the following types of cold food items that are prepared in a kosher fashion or purchased kosher: fresh fruit, raw vegetables, cold cereal, bread, peanut butter, jelly, milk, graham crackers, marinated bean salad, and cottage cheese.
3. During Passover adjustments to the Kosher Bag Diet Meals are made to accommodate Passover restrictions.
4. Inmates may not take any of the contents of the Kosher Bag Diet Meals back to their cells other than one standard piece of fresh fruit.

**C. NOI/MTI Diet (Nation of Islam/Muhammad's Temple of Islam Diet)**

1. The food items on the NOI/MTI Diet are based on the book, *How to Eat to Live, Book I and Book II,* by Messenger Elijah Muhammad. The NOI/MTI Diet menu typically consists of the following types of food items: fresh fruits and vegetables, brown rice, plain potatoes, milk, cottage cheese, unbreaded fish, and small navy beans.
2. Medical considers the NOI/MTI Diet to be unhealthy. It can potentially cause the following health issues:
   a. inability of the body to absorb essential vitamins properly;
   b. increased "bad" cholesterol levels and/or risk of heart disease;
   c. changes in mood and behavior, including depressive symptoms; and
   d. mild skin scaling, hair loss, and poor wound healing.
3. Because of potential health issues associated with the NOI/MTI Diet, inmates who are conditionally approved by the BTS Director/designee for this diet are REQUIRED to meet with a health care practitioner to review the potential health consequences that can result from following this diet AND **MUST** sign **DC-462F, Release from Responsibility for Dietary Deficiencies (Department policy 13.1.1)** BEFORE the diet commences.
4. Failure on the part of the inmate to sign the **DC-462F** within 15 working days of the BTS notification will result in the NOI/MTI Diet being formally denied.

***Accoutrements (Religious) – Clothing and other accessories worn or used by religious leaders to conduct sacred religious rites and ceremonies.***

***Bureau of Treatment Services (BTS) – The division of the Department that oversees treatment efforts and the assessment and classification of inmates.***

**Chaplain** – ***A Facility Chaplain, Religious Contract Service Provider (also referred to as a Contracted Chaplain) or Religious Vendor who is authorized and approved by the Department to conduct and supervise religious services, engage in spiritual and grief counseling, conduct rounds and other duties as assigned.***

**Corrections Classification and Program Manager (CCPM)** – The CCPM is responsible for planning, organizing, and directing a broad range of inmate programs under the direction of the Deputy Superintendent for Centralized Services.

**Custody Level 5** – ***This level is assigned to those inmates who have demonstrated, through a pattern of maladjustive, assaultive behavior, or through a need for protection that they require a high degree of structure and security. They require continual direct and indirect supervision by staff. These inmates are afforded the opportunity to participate only in selected programs in his/her cell or in small, controlled, highly supervised groups on the housing unit. They are inmates who either would pose a high level of risk to others or may be at risk themselves if permitted access to general population areas. When out of his/her cell, he/she is always under escort, except as otherwise permitted by the Program Review Committee. They receive visits only in the housing unit, or designated secure areas and the visits are non-contact. Custody level 5 is the most restrictive level and inmate assigned to this level should be housed in units with a security level rating of 5.***

**Department** - The Pennsylvania Department of Corrections.

***Encryption – The process of transforming information or data into a form or code to make it unreadable or not easily understood to anyone except those possessing special knowledge.***

**Facility Chaplain** – A Department full- or part-time employee assigned as ***an authorized religious leader*** to a facility to conduct ***and supervise*** religious services, ***engage in*** spiritual ***and grief*** counseling, ***conduct rounds and other duties as assigned*** and who falls under the supervision of the Facility Chaplaincy Program Director (FCPD).

**Facility Chaplaincy Program Director (FCPD)** – The Facility Chaplaincy Program Director (FCPD) is responsible to supervise all religious department staff, whether a ***Department employee, a religious Contract Service Provider, Vendor, Volunteer or Public Visitor*** and ***to monitor, schedule and coordinate*** all permitted religious services, activities and programs within the facility ***in concert with security.[1] The FCPD is responsible to process all requests for religious advisors and accommodations and is accountable to the CCPM.***

---

[1] 4-4519, 2-CO-5E-01

**Faith Group Leader** – The designated ***Facility Chaplain, Religious Contract Service Provider, Religious Vendor,*** Volunteer or ***Public Visitor*** who ***facilitates and/or supervises approved primary religious gatherings and/or religious instruction classes for a particular faith group.***

***Grooming Exemption Request Form – The form by which inmates can request an exemption to the Department's Grooming Policy for religious reasons.***

***Immediate Family Member – Immediate family members are defined as spouse (legal or valid common law), children, parents, grandparents, brothers, sisters, aunts, uncles or step-relatives with whom the inmate has made his/her home. Such relationships must be verifiable in the inmate's record.***

**Incoming Publications Review Committee (IPRC)** – A committee of three personnel selected by the Facility Manager/designee at each facility that reviews incoming mail that may contain prohibited materials.

***Inmate Peer Facilitator – An inmate approved in writing by the Facility Manager/designee and the FCPD to guide religious activities in the temporary absence of a faith group leader.***

**Interfaith** – That which involves persons, services, or programs of different religious faiths.

***Judicatory – An administrative structure or organization found in religious denominations which serves as a liaison between the local congregation and the regional, national, or international religious body.***

***Monstrance – A receptacle in which the host is held for Catholic Mass.***

***Payot – The Hebrew word for sidelocks/sidecurls which Orthodox Jewish inmates are commanded to wear.***

***Phylacteries/Tefillin – Either of two small leather boxes, each containing strips of parchment inscribed with quotations from the Hebrew Scriptures, one of which is strapped to the forehead and the other to the left arm. In obedience to Deuteronomy 6:8, "Tie (these commandments) as symbols on your hands and bind them on your foreheads," Orthodox Jewish practitioners wear Phylacteries/Tefillin during morning prayers, except on the Sabbath and Jewish holy days.***

***Pipestone – (also called Catlinite or pipe clay) A type of argillite (metamorphosed mudstone), usually brownish-red in color, which occurs in a matrix of Sioux quartzite. Because it is fine-grained and easily worked, it is prized by Native Americans for use in making sacred pipes.***

***Primary Religious Gathering – The gathering regarded by each respective faith as having primary religious significance for corporate religious expression (e.g., Jum'ah for Muslims, Circle/Hoop for Native Americans, Mass for Catholic Christians, a worship service for Protestant Christians, Shabbat service for Jews, etc.). Accommodated holy***

***day observances (e.g., Eid Prayer, Christmas Services, Passover Seder, etc.) are also considered primary religious gatherings.***

***Proselytize – To attempt to convert people to another opinion and, particularly, another religion.***

***Public Visitor – A person from the community who voluntarily performs his/her service while under constant supervision of correctional personnel (Facility Chaplain or Contract Service Provider). Persons designated as Public Visitors include individuals who visit correctional facilities and Community Corrections Centers intermittently (e.g., for special events and programs or as guest speakers or entertainers).***

***Religion, Volunteer and Recreational Services Program Administrator – The staff member assigned to the Bureau of Treatment Services responsible for the coordination and monitoring of religious, volunteer and recreational services.***

**Religious Accommodation Request Form–Non Grooming** – ***The form by which inmates can request a non-grooming related religious accommodation (e.g., a religious diet, a special religious article, a special religious observance, etc.).***

**Religious Accommodation Review Committee (RARC)** - A committee comprised of various Faith Group Leaders and Central Office staff (i.e., ***Bureau of Treatment Services***, Security, ***Bureau of Health Care Services***, etc.) that reviews inmate requests for religious accommodations.

***Religious Activity – Any primary religious gathering, holy day observance, instructional class, seminar, retreat or other activity sponsored by the Religious Services Department.***

**Religious Advisor** – ***An individual from the outside community endorsed/ordained/ licensed/authorized by an outside faith community/organization (e.g., church, mosque, synagogue, etc.) to counsel and guide others in their spiritual journey.***

**Religious Articles Catalog** – ***A catalog of approved religious articles that inmates may purchase and possess for individual devotional use.***

***Religious Contract Service Provider – Also referred to as a "Contracted Chaplain," a Religious Contract Service Provider is an individual or agency that provides goods or services to the Department for monetary reimbursement. These services include: the care, custody, and control of inmates, facilitating and supervising religious gatherings, conducting rounds and counseling, and other assignments befitting religious leaders.***

***Religious Services Area – The area of the facility designated for use for all religious activities (also referred to as the chapel).***

***Religious Services Department – The Department which oversees religious activities for each facility.***

***Religious Vendor – An individual (e.g., priest, imam, rabbi, minister, etc.) representing a religious organization (e.g., Diocese, Islamic Center, Synagogue, Ministry, etc.) that provides services (e.g., leads spiritual gatherings, counsels inmates, and conducts rounds) to the department with monetary reimbursement being made to the religious organization the vendor represents. Religious vendors have limited direct inmate contact. Religious vendors must be escorted and supervised by department staff at all times while in the facility.***

***Tallit/Prayer Shawl – A Jewish prayer shawl typically made of wool. In obedience to Numbers 15:38, "Throughout the generations to come, make tassels on the corners of your garments...," observant Jews cover their outer clothes with a tallit when they pray. The Tallit has special twined and knotted fringes known as tzitzit attached to its four corners.***

**Volunteer** – ***An individual from the community who, at no cost or compensation, offers services, programs, education, or other assistance to inmates on a regular basis. Volunteers must be supervised by a FCPD, Facility Chaplain, Contracted Service Provider or a correctional staff member.***